UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 2:20-cr-00115-VMC-KCD

Defendant(s)   William N. Harwin                     _____ Evidentiary
                                                       X   Trial
                                                     _____ Other

| | **WITNESS LIST** | |
|---|---|---|
| | __X__ Government   _____ Defendant | |
| | **Name** | **Date(s) Testified** *(Court only)* |
| 1. | **Alan Brown** | |
| 2. | **FBI Special Agent Grace Bruno** | |
| 3. | **Daniel Dosoretz** | |
| 4. | **Jeff Esham** | |
| 5. | **William Figlestahler** | |
| 6. | **James Keough** | |
| 7. | **Rich MacClary** | |
| 8. | **Constantine Mantz** | |
| 9. | **Joan McGauley** | |
| 10. | **Brad Prechtl** | |
| 11. | **Frank Rodriguez** | |

# WITNESS LIST – CONTINUATION SHEET

__X__ Government_____ Defendant

| | **Name** | **Date(s) Testified**<br>(*Court only*) |
|---|---|---|
| 12. | **Mark Rubin** | |
| 13. | **Shalin Shah** | |
| 14. | **Jay Soester** | |
| 15. | **Jessica Sullivan** | |
| 16. | **Annette Theis** | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |