UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


United States of America


v.                                          Case No.: 2:20-cr-00115-VMC-KCD


William N. Harwin
_____/


## EXHIBIT LIST

☒ Government    ☐ Plaintiff(s)    ☐ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 1 | | | | Florida Cancer Specialists financial statement, 2002. |
| Gov. 2 | | | | Florida Cancer Specialists financial statement, dated 10-31-2003. |
| Gov. 3 | | | | Florida Cancer Specialists financial statements, 2004. |
| Gov. 4 | | | | Email between Karen Lombardo and Gail LNU on or about 03-03-2005. |
| Gov. 5 | | | | Email between Daniel Dosoretz, William Harwin, and James Rubenstein on or about 11-07-2005. |
| Gov. 6 | | | | Florida Cancer Specialists financial statement, dated 11-30-2005. |
| Gov. 7 | | | | Email between William Harwin, Mark Rubin, Douglas Heldreth, among others, on or about 10-19-2006. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 8 | | | | Florida Cancer Specialists financial statement, dated 10-31-2006. |
| Gov. 9 | | | | Email chain between William Harwin and Daniel Dosoretz on or about 01-07-2009. |
| Gov. 10 | | | | Email chain between Daniel Dosoretz and William Harwin on or about 01-08-2009. |
| Gov. 11 | | | | Email chain between Constantine Mantz, Daniel Dosoretz, and Alan Brown on or about 04-23-2010. |
| Gov. 12 | | | | Email chain between Constantine Mantz, William Harwin, Daniel Dosoretz, and James Rubenstein on or about 12-08-2010. |
| Gov. 13 | | | | Email between William Harwin, Daniel Dosoretz, Constantine Mantz, and James Rubenstein on or about 12-08-2010. |
| Gov. 14 | | | | Email between William Harwin and Lee Doctors on or about 12-08-2010. |
| Gov. 15 | | | | Email chain between William Harwin and Richard Brown on or about 12-10-2010. |
| Gov. 16 | | | | Email chain between Constantine Mantz and Keith Miller on or about 12-17-2010. |
| Gov. 17 | | | | Email chain between Constantine Mantz and Alan Brown on or about 12-17-2010. |
| Gov. 18 | | | | Email between Daniel Dosoretz, Constantine Mantz, and Alan Brown on or about 04-27-2011. |
| Gov. 19 | | | | Email chain between Constantine Mantz and Daniel Dosoretz on or about 04-29-2011. |
| Gov. 20 | | | | Email chain between Constantine Mantz and Alan Brown on or about 06-02-2011. |
| Gov. 21 | | | | Email between Frank Rodriguez and William Harwin on or about 06-30-2011. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 22 | | | | Email chain between William Harwin and Daniel Dosoretz on or about 07-16-2011. |
| Gov. 23 | | | | Email chain between Constantine Mantz and Michael Tompkins on or about 09-21-2011. |
| Gov. 24 | | | | Email chain between Constantine Mantz and Frank Rodriguez on or about 11-09-2011. |
| Gov. 25 | | | | Email chain between William Harwin and Mark Rubin on or about 11-09-2011. |
| Gov. 26 | | | | Email chain between Daniel Dosoretz, Constantine Mantz, and Alan Brown on or about 11-10-2011. |
| Gov. 27 | | | | Email between Constantine Mantz and Daniel Dosoretz on or about 11-13-2011. |
| Gov. 28 | | | | Email chain between Mark Rubin, Douglas Heldreth, Mark Moskowitz, Joel Grossman, among others, on or about 11-19-2011. |
| Gov. 29 | | | | Email between Constantine Mantz and Michele Schumann on or about 11-22-2011. |
| Gov. 30 | | | | Email chain between William Harwin and Daniel Dosoretz on or about 11-23-2011. |
| Gov. 31 | | | | Email chain between Daniel Dosoretz, Constantine Mantz, Alan Brown, Larry Silverman, and Stephen Patrice on or about 11-28-2011. |
| Gov. 32 | | | | Email chain between Daniel Dosoretz, Frank Rodriguez and Constantine Mantz on or about 12-12-2011. |
| Gov. 33 | | | | Email chain between William Harwin and Constantine Mantz on or about 12-12-2011. |
| Gov. 34 | | | | Email between Daniel Dosoretz and William Harwin on or about 01-06-2012. |
| Gov. 35 | | | | Email chain between Daniel Dosoretz, Alan Brown, Constantine Mantz, Keither Miller, and Amy Fox on or about 01-08-2012. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 36 | | | | Email chain between Amy D. Fox and Daniel Dosoretz on or about 01-08-2012. |
| Gov. 37 | | | | Email chain between Daniel Dosoretz and Bruce Nakfoor on or about 01-08-2012. |
| Gov. 38 | | | | Email between Daniel Dosoretz, William Harwin, and Bruce Nakfoor on or about 01-09-2012. |
| Gov. 39 | | | | Email between William Harwin, Bruce Nakfoor, and Daniel Dosoretz on or about 01-09-2012. |
| Gov. 40 | | | | Email chain between William Harwin and Brad Prechtl on or about 02-01-2012. |
| Gov. 41 | | | | Email chain between Douglas Heldreth and Mark Rubin on or about 02-02-2012. |
| Gov. 42 | | | | Email between Constantine Mantz, William Harwin, and Frank Rodriguez on or about 02-03-2012. |
| Gov. 43 | | | | Email chain between William Harwin and Daniel Dosoretz on or about 02-03-2012. |
| Gov. 44 | | | | Email between William Harwin and Mark Rubin on or about 02-05-2012. |
| Gov. 45 | | | | Email chain between William Harwin and Mark Rubin on or about 02-05-2012. |
| Gov. 46 | | | | Email chain between Brad Prechtl and Mark Rubin on or about 02-06-2012. |
| Gov. 47 | | | | Email between William Harwin and Frank Rodriguez on or about 02-16-2012. |
| Gov. 48 | | | | Email chain between Daniel Dosoretz and Constantine Mantz on or about 02-19-2012. |
| Gov. 49 | | | | Text message from William Harwin to Daniel Dosoretz on or about 02-19-2012. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 50 | | | | Email between William Harwin and Daniel Dosoretz on or about 02-21-2012. |
| Gov. 51 | | | | Email chain between Mark Rubin and Andrew Lipman on or about 03-09-2012. |
| Gov. 52 | | | | Email chain between Daniel Dosoretz, Karen Lombardo, David Rice, and Charles L. Perkins on or about 03-24-2012. |
| Gov. 53 | | | | Email chain between Daniel Dosoretz, Joseph Garcia, Bryan Carey, and Constantine Mantz on or about 03-29-2012. |
| Gov. 54 | | | | Email chain between Daniel Dosoretz and Hugo Myslicki on or about 04-24-2012. |
| Gov. 55 | | | | Email chain between Andrew Lipman and William Harwin on or about 05-12-2012. |
| Gov. 56 | | | | Email between Daniel Dosoretz, Bruce Nakfoor, Constantine Mantz, and Alan Brown, among others, on or about 05-18-2012. |
| Gov. 57 | | | | Email between Daniel Dosoretz, Chaundre K. Cross, Constantine Mantz, Bruce Nakfoor, and Alan Brown, among others, on or about 05-18-2012. |
| Gov. 58 | | | | Email between William Harwin, Daniel Dosoretz, Keith Miller, Alan Brown, and Constantine Mantz, among others, on or about 05-18-2012. |
| Gov. 59 | | | | Email chain between William Harwin and Mark Rubin on or about 05-19-2012. |
| Gov. 60 | | | | Email chain between Michael Katin, Daniel Dosoretz, Constantine Mantz, Alan Brown, and Bruce Nakfoor, among others, on or about 06-04-2012. |
| Gov. 61 | | | | Email between William Harwin and Lee Partners on or about 06-04-2012. |
| Gov. 62 | | | | Email chain between William Harwin and Julio Lautersztain on or about 06-14-2012. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 63 | | | | Email between Frank Rodriguez, Alan Brown, and Lee Partners on or about 07-22-2012. |
| Gov. 64 | | | | Email between Daniel Dosoretz and William Harwin on or about 10-22-2012. |
| Gov. 65 | | | | PowerPoint named Harwin Comp Review on or about 10-29-2012. |
| Gov. 66 | | | | Email between William Harwin and Brad Prechtl on or about 10-29-2012, attaching a PowerPoint. |
| Gov. 67 | | | | Email chain between Daniel Dosoretz and Bryan Carey on or about 11-14-2012. |
| Gov. 68 | | | | Email chain between Brad Prechtl and William Harwin on or about 11-26-2012. |
| Gov. 69 | | | | Document titled III. Ecosystem Section I undated. |
| Gov. 70 | | | | Document titled III. Ecosystem Section II undated. |
| Gov. 71 | | | | Document titled Confidentiality Agreement between 21st Century Oncology, LLC and Florida Cancer Specialists, P.L. from 2013. |
| Gov. 72 | | | | Email chain between Anurag Agarwal and Brad Prechtl on or about 02-27-2013. |
| Gov. 73 | | | | Email between Jeff Esham and Anurag Agarwal on or about 03-18-2013. |
| Gov. 74 | | | | Email chain between Mark Rubin and Joel Grossman on or about 04-08-2013. |
| Gov. 75 | | | | Email between William Harwin and Daniel Dosoretz on or about 04-15-2013. |
| Gov. 76 | | | | Email chain between Mark Rubin and William Harwin on or about 04-15-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 77 | | | | Email chain between William Harwin and Mark Rubin on or about 04-15-2013. |
| Gov. 78 | | | | Email chain between Mark Rubin and William Harwin on or about 04-16-2013. |
| Gov. 79 | | | | Email between Mark Rubin and Collier Partners on or about 04-16-2013. |
| Gov. 80 | | | | Email chain between Mark Rubin and Mark Moskowitz on or about 04-16-2013. |
| Gov. 81 | | | | Email chain between Mark Rubin, Douglas Heldreth, and William Harwin on or about 04-16-2013. |
| Gov. 82 | | | | Email chain between William Harwin and Mark Rubin on or about 04-16-2013. |
| Gov. 83 | | | | Email chain between Andrew Lipman and Mark Rubin on or about 04-16-2013. |
| Gov. 84 | | | | Email chain between William Harwin and Mark Rubin on or about 04-07-2013. |
| Gov. 85 | | | | Email chain between Mark Rubin and Douglas Heldreth on or about 04-17-2013. |
| Gov. 86 | | | | Text message to Daniel Dosoretz on or about 04-17-2013. |
| Gov. 87 | | | | Email chain between William Harwin and Mark Rubin or about 04-17-2013. |
| Gov. 88 | | | | Email chain between William Harwin and Mark Rubin on or about 04-17-2013. |
| Gov. 89 | | | | Email chain between Mark Rubin and Mark Moskowitz on or about 04-17-2013. |
| Gov. 90 | | | | Text message from Daniel Dosoretz on or about 04-17-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 91 | | | | Text message to Daniel Dosoretz on or about 04-18-2013. |
| Gov. 92 | | | | Text message to Daniel Dosoretz on or about 04-18-2013. |
| Gov. 93 | | | | Text message from Daniel Dosoretz on or about 04-18-2013. |
| Gov. 94 | | | | Text message to Daniel Dosoretz on or about 04-18-2013. |
| Gov. 95 | | | | Text message from Daniel Dosoretz on or about 04-18-2013. |
| Gov. 96 | | | | Text message to Daniel Dosoretz on or about 04-18-2013. |
| Gov. 97 | | | | Text message from Daniel Dosoretz on or about 04-18-2013. |
| Gov. 98 | | | | Email chain between Mark Rubin and Douglas Heldreth on or about 04-18-2013. |
| Gov. 99 | | | | Email chain between William Harwin and Douglas Heldreth on or about 04-18-2013. |
| Gov. 100 | | | | Text message to Daniel Dosoretz on or about 04-18-2013. |
| Gov. 101 | | | | Text message from Daniel Dosoretz on or about 04-18-2013. |
| Gov. 102 | | | | Text message from Mark Rubin to William Harwin on or about 04-18-2013. |
| Gov. 103 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 104 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 105 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 106 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 107 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 108 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 109 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 110 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 111 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 112 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 113 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 114 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 115 | | | | Text message from William Harwin to Mark Rubin and Daniel Dosoretz on or about 04-20-2013. |
| Gov. 116 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 117 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 118 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 119 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 120 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 121 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 122 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 123 | | | | Text message from William Harwin to Mark Rubin and Daniel Dosoretz on or about 04-20-2013. |
| Gov. 124 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 125 | | | | Text message from William Harwin to Mark Rubin and Daniel Dosoretz on or about 04-20-2013. |
| Gov. 126 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 127 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 128 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 129 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 130 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 131 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 132 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 133 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 134 | | | | Text message from William Harwin to Daniel Dosoretz on or about 04-20-2013. |
| Gov. 135 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 136 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 137 | | | | Text message from William Harwin to Mark Rubin on or about  04-20-2013. |
| Gov. 138 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 139 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 140 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 141 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 142 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 143 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 144 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 145 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 146 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 147 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 148 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 149 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 150 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 151 | | | | Text message from William Harwin to Daniel Dosoretz on or about 04-20-2013. |
| Gov. 152 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 153 | | | | Text message from Daniel Dosoretz to William Harwin on or about 04-20-2013. |
| Gov. 154 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 155 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 156 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 157 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 158 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 159 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 160 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 161 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 162 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 163 | | | | Text message from William Harwin to Daniel Dosoretz on or about 04-20-2013. |
| Gov. 164 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 165 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 166 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 167 | | | | Text message from Mark Rubin to William Harwin on or about 04-20-2013. |
| Gov. 168 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 169 | | | | Text message from William Harwin to Mark Rubin on or about 04-20-2013. |
| Gov. 170 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 171 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 172 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 173 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 174 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 175 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 176 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 177 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 178 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 179 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 180 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 181 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 182 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 183 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 184 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 185 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 186 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 187 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 188 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 189 | | | | Text message from Mark Rubin to William Harwin on or about 04-21-2013. |
| Gov. 190 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 191 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 192 | | | | Text message from William Harwin to Mark Rubin on or about 04-21-2013. |
| Gov. 193 | | | | Text message from Mark Rubin to William Harwin on or about 04-22-2013. |
| Gov. 194 | | | | Text message from William Harwin to Mark Rubin on or about 04-22-2013. |
| Gov. 195 | | | | Text message from William Harwin to Mark Rubin on or about 04-22-2013. |
| Gov. 196 | | | | Text message from William Harwin to Mark Rubin on or about 04-22-2013. |
| Gov. 197 | | | | Email chain between Rich Lewis and Bryan Carey on or about 04-23-2013. |
| Gov. 198 | | | | Email chain between Mark Rubin and Douglas Heldreth on or about 04-25-2013. |
| Gov. 199 | | | | Email chain between William Harwin and Lee Partners or or about 04-27-2013. |
| Gov. 200 | | | | Email chain between Frank Rodriguez on or about 04-27-2013. |
| Gov. 201 | | | | Email chain between Mark Rubin and William Harwin on or about 04-27-2013. |
| Gov. 202 | | | | Email chain between William Harwin, Mark Rubin, Doug Heldreth on or about 04-27-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 203 | | | | Email chain between Mark Rubin and William Harwin on or about 04-27-2013. |
| Gov. 204 | | | | Email chain between Mark Rubin and William Harwin on or about 05-07-2013 |
| Gov. 205 | | | | Document titled Asset Purchase Agreement, dated 05-16-2013. |
| Gov. 206 | | | | Email between William Harwin, Brad Prechtl, Vikas Malhotra, Jorge Ayub, among other, on or about 05-19-2013. |
| Gov. 207 | | | | Email chain between John Forszpaniak to Gary Delanois on or about 05-29-2013. |
| Gov. 208 | | | | Email chain between Brad Prechtl and Shalin Shah on or about 06-04-2013. |
| Gov. 209 | | | | Email chain between William Harwin and Brad Prechtl on or about 06-17-2013. |
| Gov. 210 | | | | Email chain between William Harwin and Daniel Dosoretz on or about 06-18-2013. |
| Gov. 211 | | | | Email chain between William Harwin and Shalin Shah on or about 06-18-2013. |
| Gov. 212 | | | | Email chain between William Harwin and Shalin Shah on or about 06-18-2013. |
| Gov. 213 | | | | Email chain between Brad Prechtl and William Harwin on or about 06-18-2013. |
| Gov. 214 | | | | Text message from William Harwin and Shlin Shah on or about 06-28-2018. |
| Gov. 215 | | | | Email chain between Daniel Dosoretz and Brad Prechtl on or about 07-01-2013. |
| Gov. 216 | | | | Email chain between Michele Schumann, Bryan Carey, and Hugo Myslicki on or about 07-05-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 217 | | | | Email between Frank Rodriguez and Lee Partners on or about 07-09-2013. |
| Gov. 218 | | | | Email chain between William Harwin and Frank Rodriguez on or about 07-09-2013. |
| Gov. 219 | | | | Email chain between Keith Miller, Constantine Mantz, and Alan Brown on or about 07-10-2013. |
| Gov. 220 | | | | Email chain between Brad Prechtl and Shalin Shah on or about 07-22-2013. |
| Gov. 221 | | | | Email chain between Daniel Dosoretz and Brad Prechtl on or about 08-16-2013. |
| Gov. 222 | | | | Email chain between Richard Kilfoyle and Daniel Galmarini or or about 08-22-2013 attaching several documents. |
| Gov. 223 | | | | Email chain between Brad Prechtl and Daniel Dosoretz on or about 09-04-2013. |
| Gov. 224 | | | | Letter dated 09-10-2013 from Randee Lehrer to William Harwin. |
| Gov. 225 | | | | Email between Shalin Shah and Brad Prechtl on or about 09-10-2013. |
| Gov. 226 | | | | Email between Kevin Krenzke, Michael Essik, and Jeff Esham on or about 09-13-2013. |
| Gov. 227 | | | | Email chain between Daniel Dosoretz and Brad Prechtl on or about 09-16-2013. |
| Gov. 228 | | | | Email between Catherin Davis, Dawn Holocombe, Brad Prechtl, William Harwin, and Todd Schonherz on or about 09-16-2013 attaching a PDF. |
| Gov. 229 | | | | Email chain between Robert Green and William Harwin on or about 09-26-2013. |
| Gov. 230 | | | | Email chain between Shalin Shah and Brad Prechtl on or about 11-12-2013. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 231 | | | | Email between Bryan Carey and Daniel Dosoretz on or about 12-10-2013. |
| Gov. 232 | | | | Email chain between Mark Moskowitz, Douglas Heldreth, Andrew Lipman, Mark Rubin, and Joel Grossman on or about 12-17-2013. |
| Gov. 233 | | | | Email between Sarah Cevallos and William Harwin on or about 12-22-2013 attaching an Adobe PDF. |
| Gov. 234 | | | | Adobe PDF titled Humana and CarePlus Overview, undated. |
| Gov. 235 | | | | Email between William Harwin and Cody Vildostegui on or about 12-23-2013. |
| Gov. 236 | | | | Email chain between Constantine Mantz and Milton Larrea on or about 03-12-2014. |
| Gov. 237 | | | | Email chain between Daniel Dosoretz and William Harwin on or about 03-15-2014. |
| Gov. 238 | | | | PowerPoint named Region 7&8 Update final on or about 03-16-2014. |
| Gov. 239 | | | | Email between Todd Schonherz, Igna Gonzalez, and Jeffrey Rubin on or about 03-16-2014, attaching a PowerPoint. |
| Gov. 240 | | | | Letter dated 04-01-2014 from Scott D. Nygaard to William Harwin. |
| Gov. 241 | | | | Email chain between Frank Rodriguez and Daniel Dosoretz on or about 04-06-2014. |
| Gov. 242 | | | | Email chain between Robert Whorf and William Harwin on or about 04-24-2014. |
| Gov. 243 | | | | Email chain between Mark Rubin and Joel Grossman on or about 05-16-2014. |
| Gov. 244 | | | | Email chain between William Harwin and Thomas Marsland on or about 06-16-2014. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 245 | | | | Email chain between Brenda Radke and Brian Fox on or about 07-01-2014. |
| Gov. 246 | | | | Email chain between Gary Delanois and Richard Lewis on or about 07-13-2014. |
| Gov. 247 | | | | Email chain between Constantine Mantz, Daniel Dosoretz, Alan Brown, Amy Fox, and Bruce Nakfoor, among others, on or about 12-04-2014. |
| Gov. 248 | | | | Email chain between Constantine Mantz and Keith Miller on or about 12-04-2014. |
| Gov. 249 | | | | Email chain between Daniel Dosoretz, Alan Brown, Bruce Nakfoor, Chaundre Cross, and Constantine Mantz, among others, on or about 12-30-2014. |
| Gov. 250 | | | | Email chain between Frank Rodriguez to Daniel Dosoretz on or about 02-04-2015. |
| Gov. 250-T | | | | Translated email chain between Frank Rodriguez and Daniel Dosoretz on or about 02-04-2015. |
| Gov. 251 | | | | Email chain between Constantine Mantz and Frank Rodriguez on or about 02-04-2015. |
| Gov. 252 | | | | Email chain between Daniel Dosoretz and Frank Rodriguez or or about 02-04-2015. |
| Gov. 252-T | | | | Translated email chain between Daniel Dosoretz and Frank Rodriguez or or about 02-04-2015. |
| Gov. 253 | | | | Email chain between Constantine Mantz and Daniel Dosoretz on or about 02-04-2015. |
| Gov. 254 | | | | Email chain between Constantine Mantz and Alan Brown on or about 02-04-2015. |
| Gov. 255 | | | | Email chain between Frank Rodriguez and William Harwin on or about 02-04-2015. |
| Gov. 256 | | | | Email between Daniel Dosoretz and William Harwin on or about 02-06-2015. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 257 | | | | Email chain between Frank Rodriguez and Daniel Dosoretz on or about 02-06-2015. |
| Gov. 258 | | | | Email chain between William Harwin and Brad Prechtl on or about 02-12-2015. |
| Gov. 259 | | | | Email chain between Brad Prechtl and William Harwin on or about 02-13-2015. |
| Gov. 260 | | | | Email chain between Brad Prechtl, William Harwin, and Patrick Acevedo on or about 06-09-2015. |
| Gov. 261 | | | | Email between Daniel Dosoretz, Hugo Myslicki, Ravi Patel, Gary Delanois, and Constantine Mantz, among others, on or about 09-29-2015. |
| Gov. 262 | | | | Email chain between Constantine Mantz and Rachel Novella on or about 10-02-2015. |
| Gov. 263 | | | | Document titled Legacy Member Compensation Agreement, effective 01-01-2016. |
| Gov. 264 | | | | Document titled Legacy Member Employment Agreement, effective 01-01-2016. |
| Gov. 265 | | | | Florida Cancer Specialists financial statements, 2009-2016. |
| Gov. 266 | | | | Email chain between Daniel Dosoretz and William Harwin on or about 06-22-2016. |
| Gov. 267 | | | | Email chain between Frank Rodriguez, Brad Prechtl, and Todd Schonherz on or about 06-29-2016. |
| Gov. 268 | | | | Text message from Mark Rubin to William Harwin on or about 09-09-2016. |
| Gov. 269 | | | | Text message from William Harwin to Mark Rubin on or about 09-09-2016. |
| Gov. 270 | | | | Text message from Mark Rubin to William Harwin on or about 09-09-2016. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Gov. 271 | | | | Select 21st Century Oncology claims, 2011-2017. |
| Gov. 272 | | | | Summary of Selected 21st Century Oncology claims, 2011-2017. |
| Gov. 273 | | | | Select Florida Cancer Specialists claims and remittance documents, 2007-2017. |
| Gov. 274 | | | | Email between Frank Rodriguez, Brad Prechtl, and William Harwin on or about 01-31-2017. |
| Gov. 275 | | | | Email chain between Brad Prechtl, Shalin Shah, and Lucio Gordan on or about 01-31-2017. |
| Gov. 276 | | | | PowerPoint titled Welcome to FCS Orientation untitled. |
| Gov. 277 | | | | Email between Francine Ulrich and Jeff Esham on or about 06-09-2017 attaching a powerpoint. |
| Gov. 278 | | | | Summary of Exhibits Related to 21C's Acquisition of SIU/Premiere |
| Gov. 279 | | | | Summary of Exhibits Related to William Harwin and Mark Rubin text messages from April 2013. |
| Gov. 280 | | | | Summary of FCS Offices and Physician Services, as of 2017. |
| Gov. 281 | | | | Summary of Exhibits Related to FCS Financial Statements and William Harwin's Compensation |
| Gov. 282 | | | | FCS Pay Stubs for William Harwin, 2013 – 2016. |