FLORIDA CANCER SPECIALISTS
CONSOLIDATED
STATEMENT OF REVENUE AND EXPENSES
FOR THE TWELVE PERIODS ENDED DECEMBER 31, 2002

|  | PERIOD TO DATE ACTUAL | % | YEAR TO DATE ACTUAL | % |
|---|---|---|---|---|
| **REVENUE** | | | | |
| PROF FEES | 8,968,113.45 | 98 | 92,716,679.06 | 99 |
| PETSCAN REVENUE | 105,400.48 | 1 | 619,268.88 | 1 |
| RESEARCH REVENUE | 91,100.00 | 1 | 759,790.87 | 1 |
| PATIENT REFUNDS/DIV A | (52,433.90) | (1) | (549,075.92) | (1) |
| TOTAL REVENUE | 9,112,180.03 | 100 | 93,546,662.89 | 100 |
| **OPERATING EXPENSES:** | | | | |
| PHYSICIAN GUARANTEED PAYMENT | 227,000.00 | 2 | 4,481,750.00 | 5 |
| COMMITTEE PHYS COMPENSATION |  |  | 82,000.00 | 0 |
| MANAGING PHYS COMPENSATION | 12,500.00 | 0 | 145,000.00 | 0 |
| PRECEPTORSHIP |  |  | 650.00 | 0 |
| PHY COMP 401K | 203,000.00 | 2 | 203,000.00 | 0 |
| H&A INSURANCE | 37,169.86 | 0 | 207,844.67 | 0 |
| ARNP H&A | 6,829.90 | 0 | 36,944.82 | 0 |
| EMPLOYEE PHYS. SALARY/HARRIS | 129,879.30 | 1 | 855,055.83 | 1 |
| EMP PHYS 401K |  |  | 12,329.81 | 0 |
| EMPLOYEE PHYSICIAN H&A | 13,177.09 | 0 | 54,262.21 | 0 |
| SALARIES EMPLOYEES | 831,974.39 | 9 | 6,840,767.61 | 7 |
| 401K EMPLOYEES | 30,147.57 | 0 | 244,496.54 | 0 |
| EDUCATION EMPLOYEES | 23,108.50 | 0 | 8,522.06 | 0 |
| H&A EMPLOYEES (GROUP INS) | 144,068.74 | 2 | 727,009.03 | 1 |
| W/C EMPLOYEES | 22,882.00 | 0 | 89,534.96 | 0 |
| ARNP/PA PAYROLL | 9,051.18 | 0 | 76,234.93 | 0 |
| ARNP PAYROLL | 40,189.84 | 0 | 280,346.31 | 0 |
| ARNP/PA PAYROLL | 26,751.91 | 0 | 231,192.56 | 0 |
| EMPLOYER 401K MATCH | 153,489.75 | 2 | 277,872.67 | 0 |
| ARNP 401K | 2,593.34 | 0 | 33,301.50 | 0 |
| ARNP TAX | 4,157.24 | 0 | 33,772.99 | 0 |
| ARNP/PA TAX | 1,648.02 | 0 | 12,731.97 | 0 |
| ARNP/PA 401K | 2.81 |  | 30.91 |  |
| SATURDAY NURSE | 1,377.39 | 0 | 13,431.35 | 0 |
| MEDICAL SUPPLIES | 82,298.52 | 1 | 770,253.11 | 1 |
| PHARMACY SUPPLIES | 5,425,215.92 | 60 | 51,700,367.73 | 55 |
| HELDRETH DRUG CHARGEBACK | 1,202.90 | 0 | 7,884.64 | 0 |
| LAB SUPPLIES | 31,694.78 | 0 | 347,969.22 | 0 |
| X-RAY SUPPLIES | 26.55 | 0 | 298.37 | 0 |
| SECURITY EXPENSES | 581.00 | 0 | 13,125.41 | 0 |
| RENT | 145,531.38 | 2 | 1,763,491.76 | 2 |
| COMPUTER EXPENSE | 4,556.05 | 0 | 43,707.33 | 0 |
| RENTAL LEASED EQUIPMENT | 181,590.05 | 2 | 722,168.95 | 1 |
| REPAIRS/MAINTENANCE | 42,339.31 | 0 | 408,926.00 | 0 |
| TRANSCRIPTION/MD IN TOUCH FEES | 52,394.52 | 1 | 372,302.37 | 0 |
| AMORTIZATION | 8,999.85 | 0 | 80,016.70 | 0 |
| DEPRECIATION EXPENSE | (66,702.95) | (1) | 632,734.84 | 1 |
| ACCOUNTING FEES | 3,378.00 | 0 | 49,363.00 | 0 |
| LEGAL FEES | 3,226.05 | 0 | 27,343.62 | 0 |
| PAYROLL FEES | 1,776.14 | 0 | 25,746.74 | 0 |
| OFFICE EXPENSE | 37,468.79 | 0 | 359,646.05 | 0 |
| ARNP OFFICE EXPENSE | 2,081.75 | 0 | 17,629.95 | 0 |
| PA OFFICE EXPENSE | 284.40 | 0 | 2,376.54 | 0 |
| LAB INTERPRETATION | 838.86 | 0 | 6,057.68 | 0 |
| PRINTING SUPPLIES | 10,920.05 | 0 | 80,024.99 | 0 |
| RESEARCH EXPENSE | 256.88 | 0 | 2,238.05 | 0 |
| ADVERTISING | 420.00 | 0 | 43,052.72 | 0 |
| CONTRACT LABOR | 8,499.00 | 0 | 12,709.00 | 0 |
| MISCELLANEOUS EXPENSES | 2,275.53 | 0 | 9,197.49 | 0 |
| AUTO EXPENSE/MILEAGE | 5,458.17 | 0 | 181,731.21 | 0 |
| FEDERAL PAYROLL TAXES | 61,892.02 | 1 | 567,023.24 | 1 |
| STATE PAYROLL TAXES | 434.94 | 0 | 12,282.93 | 0 |
| HIRING EXPENSE | 11,242.63 | 0 | 126,695.94 | 0 |
| MEALS/ENTERTAINMENT | 10,630.40 | 0 | 74,182.52 | 0 |
| INSURANCE EXPENSE | (458.41) | 0 | 822,259.77 | 1 |
| DUES/SUBSCRIPTIONS | 12,031.12 | 0 | 83,860.00 | 0 |
| BANK CHARGES | 2,227.66 | 0 | 28,861.75 | 0 |
| CELL PHONE/PAGER | 3,528.96 | 0 | 36,654.13 | 0 |
| TELEPHONE EXPENSES | 21,050.43 | 0 | 282,484.33 | 0 |
| COLLECTION EXPENSES | 287.22 | 0 | 6,489.72 | 0 |
| LINEN/LAUNDRY/UNIFORMS | 144.61 | 0 | 2,155.83 | 0 |
| LICENSES/TAXES | 41,136.84 | 0 | 206,365.62 | 0 |
| PROFESSIONAL PROMOTION | 2,350.00 | 0 | 23,971.91 | 0 |
| POSTAGE | 5,439.69 | 0 | 33,845.91 | 0 |

"SEE ACCOUNTANTS' COMPILIATION REPORT"
BATSON, CARNAHAN & CO., P.A.

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)　　　　　FCD-00453166

FLORIDA CANCER SPECIALISTS
CONSOLIDATED
STATEMENT OF REVENUE AND EXPENSES
FOR THE TWELVE PERIODS ENDED DECEMBER 31, 2002

|  | PERIOD TO DATE ACTUAL | % | YEAR TO DATE ACTUAL | % |
|---|---|---|---|---|
| UTILITIES | 15,595.04 | 0 | 156,820.35 | 0 |
| TRAVEL EXPENSE | (15,993.56) | 0 | 24,899.84 | 0 |
| PROFESSIONAL EDUCATION |  |  | 8,401.47 | 0 |
| MOVING EXPENSE |  |  | 8,707.95 | 0 |
| INTEREST EXPENSE | 3,034.89 | 0 | 33,439.18 | 0 |
| INTEREST EXPENSE/BRADENTON | 3,518.86 | 0 | 10,551.67 | 0 |
| TOTAL OPERATING EXPENSES | 8,085,703.67 | 89 | 75,178,420.26 | 80 |
| REVENUE OVER (UNDER) EXPENSE | 1,026,476.36 | 11 | 18,368,242.63 | 20 |

OTHER REVENUE/ (EXPENSES):

|  |  |  |  |  |
|---|---|---|---|---|
| G/L SALE OF FIXED ASSET | (34,914.15) | 0 | (38,915.59) | 0 |
| MISCELLANEOUS INCOME | 81,534.83 | 1 | 1,162,062.42 | 1 |
| INTEREST INCOME | 2,898.13 | 0 | 54,496.52 | 0 |
| SHARED OFFICE INCOME |  |  | 1,072.86 | 0 |
| MISC. COLLECTION INCOME | 1,641.09 | 0 | 28,569.17 | 0 |
| TOTAL OTHER REVENUE/ (EXPENSES) | 51,159.90 | 1 | 1,207,285.38 | 1 |
| NET INCOME(LOSS) | 1,077,636.26 | 12 | 19,575,528.01 | 21 |

"SEE ACCOUNTANTS' COMPILATION REPORT"
BATSON, CARNAHAN & CO., P.A.

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

FCD-00453167

FLORIDA CANCER SPECIALISTS
STMT OF ASSETS, LIABILITIES AND EQUITY
DECEMBER 31, 2002

ASSETS

CURRENT ASSETS
- PETTY CASH — 1,600.00
- OPERATING ACCOUNT — 1,981,416.23
- PASS THRU ACCOUNT — 2,078.39
- PAYROLL ACCOUNT — (827.31)
- NEW INVESTMENT ACCOUNT — 6,786,000.00
- A/R UNCLEARED ITEMS — 3,534.57
- ACCOUNTS RECEIVABLE — 18,291,078.41
- RESERVE FOR ACCTS RECEIVABLE — (18,291,078.41)
- I/R EMPLOYEES — 2,930.32

TOTAL CURRENT ASSETS — 8,776,732.20

FIXED ASSETS
- LHI NON TAXABLE — 777,441.23
- LEASEHOLD IMPROVEMENTS — 1,039,123.49
- OFFICE FURNITURE/FIXTURES — 1,233,084.85
- MEDICAL EQUIPMENT — 547,156.55
- COMPUTER/EQUIPMENT — 733,184.56
- SIGNS — 12,845.95
- SBA - KANE — 12,780.00
- A/D LHI NON TAXABLE — (97,078.67)
- A/D LHI — (94,665.80)
- A/D FF&E — (704,626.54)
- A/D MEDICAL EQUIPMENT — (358,070.88)
- A/D COMPUTER — (535,485.30)
- A/D SIGNS — (8,196.14)
- SBA - KANE — (5,972.63)

TOTAL FIXED ASSETS — 2,551,520.47

OTHER ASSETS
- DEPOSIT FIXED ASSETS — 12,910.00
- DEPOSIT UTILITY — 2,020.00
- DEPOSIT/CONSTRUCTION/BRADENTON — 2,503.20
- DEPOSIT RENT — 18,463.04
- SOFTWARE — 321,086.17
- LOAN COSTS — 10,419.30
- PATIENT FILE PURCHASE — 90,000.00
- A/A SOFTWARE — (208,668.99)
- A/A LOAN COSTS — (5,611.55)
- A/A PATIENT FILE PURCHASE — (2,250.00)

TOTAL OTHER ASSETS — 240,871.17

TOTAL ASSETS — 11,569,123.84

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)　　　FCD-00453168

FLORIDA CANCER SPECIALISTS
STMT OF ASSETS, LIABILITIES AND EQUITY
DECEMBER 31, 2002

## LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE | 9,079,839.40 | |
| RESERVE FOR ACCOUNTS PAYABLE | (9,079,839.40) | |
| DEF COMP - THEIS (POST LLC) | 68,763.00 | |
| DEF COMP - THEIS (PRE-LLC) | 32,544.00 | |
| RESERVE FOR DEF. COMP. - THEIS | (101,307.00) | |
| SECURITY DEPOSIT-MALEN | 435.00 | |
| Loan SunTrust (Bradenton) | 1,500,000.00 | |
| SUNTRUST LOAN/LAB EQUIPMENT | 69,321.28 | |
| LOC SUNTRUST (NEW) | 300,000.00 | |
| LOC SUNTRUST ($750,000.00) | 225,000.00 | |
| DR. KANE FIXED ASSETS/DIV B | 414.00 | |
| TOTAL CURRENT LIABILITIES | | 2,095,170.28 |

**LONG TERM LIABILITIES**

| | | |
|---|---:|---:|
| TOTAL LONG TERM LIABILITIES | | .00 |
| TOTAL LIABILITIES | | 2,095,170.28 |

**EQUITY**

| | | |
|---|---:|---:|
| DISTRIBUTION HARWIN | (1,819,773.00) | |
| DISTRIBUTION TEUFEL | (1,319,993.00) | |
| DISTRIBUTION REEVES | (1,475,872.00) | |
| DISTRIBUTION HART | (1,345,774.00) | |
| DISTRIBUTION RUBIN | (1,722,626.00) | |
| DISTRIBUTION HILDRETH | (1,195,394.00) | |
| DISTRIBUTION WRIGHT-BROWNE | (1,081,931.00) | |
| DISTRIBUTION WOYTOWITZ | (1,036,597.00) | |
| DISTRIBUTION MOSKOWITZ | (1,233,512.00) | |
| DISTRIBUTION RAYMOND | (1,252,864.00) | |
| DISTRIBUTION MCCLEOD | (1,320,631.00) | |
| DISTRIBUTION KIM | (1,119,388.00) | |
| DISTRIBUTION KANE | (922.00) | |
| DISTRIBUTION ORMAN | (1,281,761.00) | |
| DISTRIBUTION GONTER | (1,011,565.00) | |
| DISTRIBUTION RUBINSAK | (1,022,224.00) | |
| DISTRIBUTION LIFTON | (588,252.00) | |
| DISTRIBUTION STEPHENSON | (424,573.00) | |
| DISTRIBUTION TETREAULT | (972,055.00) | |
| MEMBERS CAPITAL | 11,124,132.55 | |
| EQUITY | 19,575,528.01 | |
| TOTAL EQUITY | | 9,473,953.56 |
| TOTAL LIABILITIES AND EQUITY | | 11,569,123.84 |

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

FCD-00453169