Message

From: daniel dosoretz [ddosoretz@yahoo.com]
Sent: 11/7/2005 4:32:02 PM
To: bharwin@aol.com; jruben@rtsx.com
Subject: breast

bill: italked to roland. he will call you. he knows the new guy. he is not trained nor he wants to give chemo for breast ca.
I told phil that if the intent was to give chemo, it would result in nuclear war, and rtsi will stand and fight on fcs side. he absolutely reassured me that the new guy and the old guys do no know nor they are trained in chemo for breast.
the new guy is hispanic. he will do well with romero
let me know when and if he calls you
from madrid in route to barcelona
dd

**Dosoretz000017**