**From:** Harwin William
**To:** ddosoretz@rtsx.com
**CC:** Lee Doctors Doctors
**Sent:** 1/7/2009 7:17:40 PM
**Subject:** Re: 21st Century using Zometa

We should treat everyone. In Lee County we all are equal at giving zometa. I urge you to stop and it is intravenous therapy and nothing to do with radiation. Please refer the patient to us.
Bill
On Jan 7, 2009, at 2:13 PM, dd wrote:

Who did I treat. The only one I treated is someone who did not like reeves
Dd

Sent from my BlackBerry Smartphone provided by Alltel

---

**From**: Harwin William
**Date**: Wed, 7 Jan 2009 12:37:01 -0500
**To**: McCleod Mike<mccleod234@comcast.net>; Dosoretz Danny<ddosoretz@rtsx.com>
**Subject**: Re: 21st Century using Zometa

Danny would you please leave the zometa for us to do. I think it would be safer and better for patient care as there are complicated issues re renal function and dentist issues which we are much more familiar with.
Bill
On Jan 7, 2009, at 12:18 PM, mccleod234@comcast.net wrote:

Bill,
The Zometa/Femara rep is here for lunch today. He asked me if 21st Century Oncology was infusing Zometa, as they apparently made a large purchase recently. Have you heard anything about that?
Mike

**Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)**

FCD-00034531