**From:** Daniel Dosoretz
**To:** wharwin@gmail.com
**Sent:** 1/8/2009 2:36:04 AM
**Subject:** RE: 21st Century using Zometa

They may be buying for the med oncs in Jacksonville, panhandle, or Arizona.
How do we know it is for us???
dd

---

**From:** Harwin William [mailto:wharwin@gmail.com]
**Sent:** Wednesday, January 07, 2009 12:37 PM
**To:** McCleod Mike; Dosoretz Danny
**Subject:** Re: 21st Century using Zometa

Danny would you please leave the zometa for us to do. I think it would be safer and better for patient care as there are complicated issues re renal function and dentist issues which we are much more familiar with.
Bill
On Jan 7, 2009, at 12:18 PM, mccleod234@comcast.net wrote:


Bill,
The Zometa/Femara rep is here for lunch today.  He asked me if 21st Century Oncology was infusing Zometa, as they apparently made a large purchase recently.  Have you heard anything about that?
Mike

---

Confidentiality Statement:
This email and any files transmitted with it may contain confidential and/or privileged
material and is intended only for the person or entity to which it is addressed.
Any review, retransmission, dissemination or other use of, or taking of any action in
reliance upon, this information by persons or entities other than the intended recipient
is prohibited. If you have received this email in error, please notify the sender
immediately and delete this material from all known records.

Thank you