**From:**             Mantz, Constantine <cmantz@rtsx.com>
**Sent:**             Friday, April 23, 2010 11:00 AM
**To:**               Dosoretz, Daniel; Brown, Alan
**Subject:**        RE: FCS

Damn straight.  Alan, you and I will need to plan before so that we're both crystal clear on the method and content of the message.  Thankfully, none of is afraid of anything.

Connie

**From:** Dosoretz, Daniel
**Sent:** Friday, April 23, 2010 9:44 AM
**To:** Brown, Alan; Mantz, Constantine
**Subject:** Re: FCS

I grew up in public schools in argentina where
If u are weak or not useful you do not survive
Dd

**From:** Brown, Alan
**To:** Dosoretz, Daniel; Mantz, Constantine
**Sent:** Fri Apr 23 09:40:20 2010
**Subject:** RE: FCS
Me and Connie grew up in the streets!!!  No weakness here.

ALB

**From:** Dosoretz, Daniel
**Sent:** Friday, April 23, 2010 9:24 AM
**To:** Mantz, Constantine; Brown, Alan
**Subject:** Re: FCS

If u talk to him u do only from a position of strength and power
Weakness or perception of weakness invites aggression
I would not threat but please make sure they understand our strengths and willingness to go to war if attacked
Do not project weakness!!!!
Dd

**From:** Mantz, Constantine
**To:** Brown, Alan
**Cc:** Dosoretz, Daniel
**Sent:** Fri Apr 23 08:23:24 2010
**Subject:** Re: FCS
We both would lose but they would lose more. The minute that happens, LMH starts hiring their own med oncs.  The LPG patients and our patients would go to the hospital (Sanctuary, LMH, CCH, etc) for chemo, and we would be better able to control them. LMH would promote the hell out of this.

Alan, you and I can talk with Rodriguez and politically try to get him understand our perspective of likely events. He can then report back to his people. I don't think FCS would be that dumb, but I don't total confidence in that either. I'll have Debbie set up a lunch meeting.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**        **21C-DOJ-000001697**

CAM

Constantine Mantz MD
SVP Medical Operations
21st Century Oncology
office: 239.931.7285
email: cmantz@rtsx.com

On Apr 23, 2010, at 8:11 AM, "Brown, Alan" <abrown@rtsx.com> wrote:

In the event that SIU joins forces with FCS do we have a contigency plan?  Obviously we would hire our own Med Oncs but how long would it take to for us to have a facility where they can deliver chemo or would we just lease space at the Sanctuary?

I'm starting to think that SIU is a big smoke cloud for FCS.  Obviously you guys know more than I do.  Is this even a possibility?

AB

FOIA CONFIDENTIAL TREATMENT REQUESTED                    21C-DOJ-000001698