| | |
|---|---|
| **From:** | Mantz, Constantine <cmantz@rtsx.com> |
| **Sent:** | Wednesday, December 08, 2010 08:51 AM |
| **To:** | William Harwin; Dosoretz, Daniel; Jim Rubenstein |
| **Cc:** | Frank Rodriguez; Brad Prechtl; Doctors Lee Doctors |
| **Subject:** | RE: meeting |

Thanks again guys for hosting us yesterday.  Sounds very reasonable regarding Xgeva below - will discuss with the urologists at our quarterly meeting next week.

Connie

---

From: William Harwin [wharwin@gmail.com]
Sent: Wednesday, December 08, 2010 8:25 AM
To: Dosoretz, Daniel; Mantz, Constantine; Jim Rubenstein
Cc: Frank Rodriguez; Brad Prechtl; Doctors Lee Doctors
Subject: meeting

It was nice meeting with you yesterday. We look forward to pursuing further investigation of a future merger of our group if possible. Frank forgot to mention that we would prefer your urologists left the new Xgeva drug to the medical oncologists. It is SQ so they could give it but it is much more expensive than zometa and has a very tight margin and even will be a loss for some carriers as Amgen will not contract with anyone. The osteonecrosis in studies is slightly higher than zometa so I would recommend not having your urologists use it.
Bill
William Harwin M.D.,
Florida Cancer Specialists
President/Managing Partner
wharwin@gmail.com
www.flcancer.com
(o) 239-437-4444


The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.

FOIA CONFIDENTIAL TREATMENT REQUESTED

21C-DOJ-000002705