**From:** William Harwim
**To:** Doctors Lee Doctors
**Sent:** 12/8/2010 2:04:16 PM
**Subject:** Fwd: meeting


FYI

Sent from my iPhone

Begin forwarded message:

**From:** "Dosoretz, Daniel" <ddosoretz@rtsx.com>
**Date:** December 8, 2010 8:49:51 AM EST
**To:** "'wharwin@gmail.com'" <wharwin@gmail.com>
**Subject: Re: meeting**

Agree
They are on net so they will not do it
Dd

----- Original Message -----
From: William Harwin <wharwin@gmail.com>
To: Dosoretz, Daniel
Sent: Wed Dec 08 08:38:34 2010
Subject: Re: meeting

If they do it you may lose money.
bill
On Dec 8, 2010, at 8:34 AM, Dosoretz, Daniel wrote:

Got it
I will try
They are not easy
Aua is telling them to use it
They are going to kill medicine
Read wsj today about urorad
Dd

----- Original Message -----
From: William Harwin <wharwin@gmail.com>
To: Dosoretz, Daniel; Mantz, Constantine; Jim Rubenstein <jruben18@yahoo.com>
Cc: Frank Rodriguez <frankrodriguezmd@gmail.com>; Brad Prechtl <bprechtl@flcancer.com>; Doctors Lee
Doctors <doctorsleecounty@flcancer.com>
Sent: Wed Dec 08 08:25:03 2010
Subject: meeting

It was nice meeting with you yesterday. We look forward to pursuing further investigation of a future merger of our
group if possible. Frank forgot to mention that we would prefer your urologists left the new Xgeva drug to the
medical oncologists. It is SQ so they could give it but it is much more expensive than zometa and has a very tight
margin and even will be a loss for some carriers as Amgen will not contract with anyone. The osteonecrosis in studies
is slightly higher than zometa so I would recommend not having your urologists use it.

**Confidential - Grand Jury Material - Produced Pursuant
to FRCrP 6(e)**

Bill
William Harwin M.D.,
Florida Cancer Specialists
President/Managing Partner
wharwin@gmail.com
www.flcancer.com
(o) 239-437-4444


The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.


William Harwin M.D.,
Florida Cancer Specialists
President/Managing Partner
wharwin@gmail.com
www.flcancer.com
(o) 239-437-4444


The materials in this e-mail are private and may contain Protected Health Information. If you are not the intended recipient be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender by return e-mail.

**Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)**