| | |
|---|---|
| **From:** | cmantz@rtsx.com |
| **Sent:** | Thursday, June 02, 2011 09:51 AM |
| **To:** | Brown, Alan |
| **Cc:** | Dosoretz, Daniel |
| **Subject:** | Re: FCS |

Alan,

You're right on all below. We definitely need to meet with hospitalists and get that done. We can figure out after we talk with them if a hospital PA would be good. You and I have covered meeting with the new docs and the practice lunches pretty well. You and I should talk with Frank next week about his own issues with us and basically remind him that we butter each others' bread. I'll call you later today.

Connie

Constantine Mantz MD
Chief Medical Officer
21st Century Oncology
office: 239.931.7285
email: cmantz@rtsx.com

On Jun 1, 2011, at 8:56 PM, "Brown, Alan" <abrown@rtsx.com> wrote:

> I talked to Frank earlier and I know that Connie sent him an email. What it boils down too is that they think they control the patients. I think that we should approach this from three fronts.
>
> 1: We are a multispecialty group who employs numerous referring doctors for which we cover their expenses. I think that most of the doctors know that they should refer to us before FCS, however it's not being done. I think a simple solution for this is to let the front desk staff at each office know that ANY cancer patient is to see one of us first before seeing the medical oncologist. Is Gary in charge of the front desk employees?
>
> 2: I believe we need to do a better job of hospital patients. I proposed a week ago that we should hire a full time PA who spends time in the hospital making sure we get consulted and that patients are given follow up appointments with us when they are discharged. Another approach that me and Connie discussed was meeting with the hospitalist groups to make sure they know to refer patients to us. Connie if you have availability next week I want to set up lunch meetings with us and the head of both groups. I know for a fact that FCS does not intentionally consult us on certain inpatients so that they can benefit from the imaging and clinical trials. I saw a patient on call this weekend with Small Cell and SVC syndrome that Lala called out and Reeves was shocked that I was seeing the patient. We need to do a better job in the hospitals!!
>
> 3: I've made a big effort to meet most of the new docs when they come in town and am much closer to them than Frank is. They personally call me by cell phone to discuss patients. I think Sherri is doing a good job in setting up lunch meetings with the PCPs and other referring docs. Before SIU this was not as big of an issue but it definitely is now. We need to continue to focus our efforts on the PCPs and make sure they continue to know that we provide the best cancer care in the community.
>
> Thoughts?
>
> AB

FOIA CONFIDENTIAL TREATMENT REQUESTED                                    21C-DOJ-000001701