| | |
|---|---|
| **From:** | William Harwin |
| **To:** | Dosoretz, Daniel |
| **Sent:** | 7/16/2011 3:50:57 AM |
| **Subject:** | Re: REMINDER Action Alert - Cancer Drug Cuts |

If you have a moment outline what are the concerns. I will keep confidential and not forward.
Bill

Sent from my iPad

On Jul 15, 2011, at 7:33 PM, "Dosoretz, Daniel" <ddosoretz@rtsx.com> wrote:

In mexico city at a wedding. Will talk on monday
Thanks
Dd

---

**From:** William Harwin
**To:** Dosoretz, Daniel
**Sent:** Fri Jul 15 21:31:37 2011
**Subject:** Re: REMINDER Action Alert - Cancer Drug Cuts

I am at Jimmy and Lory's house in Park City. Can I call you in the morning? How would 10am your time work? I don't even know what the problems are but I will fix them. You can count on that.
Bill

William Harwin MD
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com.            Sent from my iPhone

On Jul 15, 2011, at 7:26 PM, "Dosoretz, Daniel" <ddosoretz@rtsx.com> wrote:

Sure

I need to talk to you this coming week

My partners have a series of issues, and the last thing I want is for them to push us (you and me) into a stupid contest. Your associates and partners as well as mine do not understand our relationship and in fact resent it

Call me Monday or Tuesday or whenever you have time

Enjoy Utah

dd

---

**From:** William Harwin [mailto:wharwin@gmail.com]
**Sent:** Friday, July 15, 2011 6:47 PM
**To:** Dosoretz, Daniel
**Subject:** Fwd: REMINDER Action Alert - Cancer Drug Cuts

Confidential - Grand Jury Material - Produced Pursuant
to FRCrP 6(e)

FCD-00035504

21C should lobby against this too

Bill

Sent from my iPad

Begin forwarded message:

**From:** "LegisLink Action Alert" <legislink@usoncology.com>
**Date:** July 15, 2011 7:15:50 PM MDT
**To:** <wharwin@gmail.com>
**Subject: REMINDER Action Alert - Cancer Drug Cuts**
**Reply-To:** "LegisLink Action Alert" <legislink@usoncology.com>

---

US Oncology Government Relations Action Alert

---

**Significant Cuts to Cancer Drug Reimbursement Under Discussion in DC**

*Contact Your Senators, Representatives and the White House Now!*

With the federal government facing an August 2 deadline to raise the debt ceiling, a bipartisan group of legislators has been meeting with the White House to find a compromise package of spending cuts to attach to the debt ceiling increase. Among the list of potential cuts under consideration to reduce the deficit is a **$3 billion cut to reimbursement for cancer care drugs** achieved through a reduction in the Medicare reimbursement rate for Part B drugs to Average Sales Price + 4%.

With numerous community oncology practices struggling financially, the burden of these additional cuts will have a devastating impact on the nation's community-based cancer centers, which provide treatment to more than 80 percent of the nation's cancer patients. If additional community oncology practices are forced to close their doors, Medicare beneficiaries fighting cancer will feel the impact as well.

In a letter to Congress and the White House, leading patient advocacy groups, community cancer care providers and health care professional organizations urged lawmakers to oppose the $3 billion funding cut that, if enacted, would lead to facility closures, barriers to cancer care and significant job losses in the community setting. Letter signatories include the following:

| | |
|---|---|
| Association of Community Cancer Centers | McKesson |
| Association of Physician Assistants in Oncology | National Coalition for Cancer Survivorship |
| American Society of Clinical Oncology | National Patient Advocate Foundation |
| AmerisourceBergen | Society of Gynecologic Oncologists |
| Community Oncology Alliance | The US Oncology Network |
| Healthcare Distribution Management Association | UPMC Cancer Centers |
| Leukemia and Lymphoma Society | |

**Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)**　　　　　FCD-00035505

We strongly urge you and your colleagues to take a few minutes to contact your Members of Congress and the White House by phone TODAY!

**To contact your Member of Congress and the White House by phone (talking points provided) please <u>click here</u>.**

To read the letter to Congressional leaders and the White House <u>click here</u>.

<u>Click here to unsubscribe.</u>
US Oncology | 10101 Woodloch Forest | The Woodlands, TX 77380



**Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)**

FCD-00035506