| | |
|---|---|
| From: | ddosoretz@rtsx.com |
| Sent: | Thursday, November 10, 2011 04:56 PM |
| To: | connie mantz; abrown@rtsx.com |
| Subject: | Fwd: Press Release: Premiere Oncology Announces Medical Oncology Program |

See below
We know what they think!!
It is good that we own surgeons!!!!
That is what they" do not understand about the market"
Dd

Sent from my iPhone

Begin forwarded message:

> **From:** William Harwin <wharwin@gmail.com>
> **Date:** November 10, 2011 3:13:18 PM EST
> **To:** "Dosoretz, Daniel" <ddosoretz@rtsx.com>
> **Cc:** "Mantz, Constantine" <cmantz@rtsx.com>, "MacDonald, Sharon-Foundation/Oncology" <sharon.macdonald@leememorial.org>, "Dosoretz, Daniel" <ddosoretz@rtsx.com>, Doctors Lee County <DoctorsLeeCounty@flcancer.com>, "Antonucci, LawrenceM.D." <lawrence.antonucci@leememorial.org>, Jim Nathan <jim.nathan@leememorial.org>, "Rodriguez, Frank" <frodriguez@flcancer.com>
> **Subject: Re: Press Release: Premiere Oncology Announces Medical Oncology Program**
>
> Please disregard. He is in Tampa. He doesn't know anything about this.
> Bill
>
> William Harwin MD
> President and Managing Partner
> Florida Cancer Specialists
> www.flcancer.com.          Sent from my iPhone
>
> On Nov 10, 2011, at 2:52 PM, "Blanco, Rafael" <rblanco@flcancer.com> wrote:
>
>> Bill,
>> Why did you guys not refer any patients to them?
>> If the medical oncologists are not going to work with them, they had no choice but to bring some oncologists to support them.
>> Fortunately for us, it takes time to build a practice.
>> Rafael
>>
>> **From:** WILLIAM HARWIN [mailto:wharwin@gmail.com]
>> **Sent:** Wed 11/9/2011 9:05 AM
>> **To:** Mantz, Constantine
>> **Cc:** MacDonald, Sharon-Foundation/Oncology; Dosoretz, Daniel; Doctors Lee County;

1

Antonucci, Lawrence M.D.; Jim Nathan; Rodriguez, Frank
**Subject:** Re: Press Release: Premiere Oncology Announces Medical Oncology Program

We would be very interested in marketing along with 21C and LMHS. If there is interest let me know who our marketing folks can discuss this with.
Bill
William Harwin M.D.
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com


On Nov 9, 2011, at 8:29 AM, Mantz, Constantine wrote:


I totally agree with Bill that they are entitled to participate in free enterprise, but as much as we may think they're on a suicide mission, we should have a plan for when they soon bring medical oncology to Fort Myers.  We all stand to lose.

We have a collaborative public marketing effort which will counter their own effort, and we probably should firm up the plan and speed it up.  The rest I think is reaching out to referral sources.  I'd suggest Frank, Sharon, me and anyone else interested meet to decide on specifics and schedules.

Connie



**Constantine Mantz MD** | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers, FL 33907
Tel: 239.931.7285 | Fax: 239.931.7380 | Cel: 239.671.8755
Email: cmantz@rtsx.com

---

**From:** WILLIAM HARWIN [wharwin@gmail.com]
**Sent:** Wednesday, November 09, 2011 7:46 AM
**To:** MacDonald, Sharon-Foundation/Oncology
**Cc:** Dosoretz, Daniel; Mantz, Constantine; Doctors Lee Doctors; Antonucci, Lawrence M.D.; Jim Nathan; Frank Rodriguez
**Subject:** Re: Press Release: Premiere Oncology Announces Medical Oncology Program

Thanks Sharon. In Lee County we have never sent them a patient and give them no support. We are not happy about this but there is not much we can do. I have spread the word within our organization as this was the first we heard about it.
Bill
William Harwin M.D.
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com

2

FOIA CONFIDENTIAL TREATMENT REQUESTED                                   21C-DOJ-000002810

On Nov 9, 2011, at 7:29 AM, MacDonald, Sharon-Foundation/Oncology wrote:

See press release below--Fort Myers will be next.

---

**From:** Leichter, Dara
**Sent:** Tuesday, November 08, 2011 8:29 PM
**To:** MacDonald, Sharon-Foundation/Oncology
**Subject:** Fwd: Press Release: Premiere Oncology Announces Medical Oncology Program

Sent from my iPhone

Begin forwarded message:

> **From:** Tracy Taylor <TracyTaylor@premiereradiationoncology.com>
> **Date:** November 8, 2011 8:15:56 PM EST
> **Subject: Press Release: Premiere Oncology Announces Medical Oncology Program**
>
> FOR IMMEDIATE RELEASE
> 8 November 2011
> **Premiere Oncology announces Medical Oncology Program added to their current Radiation Oncology Program.**
> Two board certified medical oncologists will be joining our Naples community in January 2012.  Nuruddin Jooma, MD and Jay Wang, MD both received their medical oncology training at Baylor College of Medicine in Houston.  Each has been in practice for several years and both have extensive experience with the full spectrum of cancer diagnoses including clinical research.  Dr. Jooma and Dr. Wang are joining Premiere Oncology making Premiere the first comprehensive Cancer Center in Southwest Florida offering both medical and radiation oncology subspecialties within the same practice.  They will have offices at both Physician's Regional Hospital Pine Ridge as well as the Collier Boulevard campus.  In addition they will also have offices at 955 10th Avenue North in downtown Naples which includes a state-of-the-art infusion center in addition to the radiation center which features both High Definition RapidArc® radiotherapy.
> **About Premiere Oncology**
> Premiere Oncology is located in Southwest Florida with three centers in Naples, Bonita Springs and Fort Myers, and fourth center which opens later this month in Cape Coral.  The Naples location will be the first to

3

FOIA CONFIDENTIAL TREATMENT REQUESTED                    21C-DOJ-000002811

offer hematology and medical oncology as well as a comprehensive infusion center and retail pharmacy. The centers are equipped with Varian TrueBeamSTx™ and RapidArc® radiation technology with the latest TrueBeam STx™ in their Fort Myers location. For more information visit: http://www.premiereonc.com

Contact:
Tracy Taylor
tracytaylor@premiereonc.com
955 10th Ave. N.
Naples, FL 34102
Ph: 239.434.6300
**-END-**

<PR_Medical Oncology Announcement_2011_v3_final.docx>

FOIA CONFIDENTIAL TREATMENT REQUESTED                                        21C-DOJ-000002812