| | |
|---|---|
| From: | cmantz@rtsx.com |
| Sent: | Sunday, November 13, 2011 06:33 AM |
| To: | Dosoretz, Daniel |
| Subject: | Re: Lewis |

Best of luck to Bill on this one. He should do what we did with Rao.

With Jake: he told me he'd stop covering Lewis anytime we ask, but then he still needs someone to cover for him. Tom won't do it. Kokal would do it but wants to be paid for it. Either way, Lewis will still send to SIU. No good answer here.

Connie


Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers FL 33907
office: 239.931.7285 | cell: 239.671.8755 | email: cmantz@rtsx.com

On Nov 12, 2011, at 11:01 PM, "Dosoretz, Daniel" <ddosoretz@rtsx.com> wrote:

> Harwin ask me permission to hire lewis to "starve" siu I told him good
> luck!!! He is also trying to persuade one of the med oncs not to come!!! I hope he fails in this one.
> On the same line: why do we allow goldberger to cover lewis??? According to harwin all the patients siu has are lewis'
> Let me know your thoughts
> Dd

1