| | |
|---|---|
| From: | Dosoretz, Daniel <ddosoretz@rtsx.com> |
| Sent: | Monday, December 12, 2011 12:09 PM |
| To: | 'frankrodriguezmd@gmail.com'; Mantz, Constantine |
| Cc: | 'wharwin@gmail.com'; 'tteufel@flcancer.com'; Brown, Alan |
| Subject: | Re: Meeting Tomorrow |

Talked to bill yesterday
Of course!!!
Call bill about my conversation with larry Or call me Dd

----- Original Message -----
From: Frank Rodriguez <frankrodriguezmd@gmail.com>
To: Mantz, Constantine
Cc: bill harwin <wharwin@gmail.com>; Teufel, Thomas <tteufel@flcancer.com>; Dosoretz, Daniel; Brown, Alan
Sent: Mon Dec 12 12:02:43 2011
Subject: Re: Meeting Tomorrow

We are going to pitch the oncology hospitalist idea.  Can we count on 21C to partner equally w/ us on this through a third entity?

FR


On 12/12/11, Mantz, Constantine <cmantz@rtsx.com> wrote:
> Still getting commitments. Danny's daughter was in delivery before I
> left town last week, so I don't know if he'll be there.
>
> Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
> 2270 Colonial Boulevard | Fort Myers FL 33907
> office: 239.931.7285 | cell: 239.671.8755 | email: cmantz@rtsx.com
>
> On Dec 12, 2011, at 9:53 AM, "Frank Rodriguez"
> <frankrodriguezmd@gmail.com>
> wrote:
>
>> ok Connie.  who else is going from 21C?
>> FR
>> On 12/12/11, Mantz, Constantine <cmantz@rtsx.com> wrote:
>>> Guys,
>>>
>>> I'm OOT tomorrow AM, but I don't want to change the meeting time
>>> again if OK with you. I told Sharon that I'd call in.
>>>
>>> Connie
>>>
>>> Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
>>> 2270 Colonial Boulevard | Fort Myers FL 33907
>>> office: 239.931.7285 | cell: 239.671.8755 | email: cmantz@rtsx.com
>>>
>>> Confidentiality Statement:

1

```
>>>
>>> This email and any files transmitted with it may contain
>>> confidential and/or privileged material and is intended only for the
>>> person or entity to which it is addressed.
>>> Any review, retransmission, dissemination or other use of, or taking
>>> of any action in reliance upon, this information by persons or
>>> entities other than the intended recipient is prohibited. If you
>>> have received this email in error, please notify the sender
>>> immediately and delete this material from all known records.
>>>
>>> Thank you
>>>
>>
>>
>> --
>> Frank Rodriguez
>
```

--
Frank Rodriguez

FOIA CONFIDENTIAL TREATMENT REQUESTED                              21C-DOJ-000002819