| | |
|---|---|
| **From:** | WILLIAM HARWIN |
| **To:** | Mantz, Constantine |
| **CC:** | Frank Rodriguez; Teufel, Thomas; Dosoretz, Daniel; Brown, Alan |
| **Sent:** | 12/12/2011 7:13:13 PM |
| **Subject:** | Re: Meeting Tomorrow |

We (FCS) need to hire any medical oncologist for obvious reasons. We can work something out between our two groups outside of our discussions with LMH. We already have an excellent candidate in mind.
Bill
William Harwin M.D.
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com


On Dec 12, 2011, at 2:11 PM, Mantz, Constantine wrote:

I don't want to get too far into the weeds, but a similar arrangement can be created for Lehigh too with the same med onc. Up to you guys, but I like making it difficult for Lee to blame all of us for stays/costs and then getting their own med onc or signing up with Premiere. My concern is that a simpler arrangement now creates more complications later with these people.

Connie



**Constantine Mantz MD** | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers, FL 33907
Tel: 239.931.7285 | Fax: 239.931.7380 | Cel: 239.671.8755
Email: cmantz@rtsx.com

---

**From:** WILLIAM HARWIN [wharwin@gmail.com]
**Sent:** Monday, December 12, 2011 12:36 PM
**To:** Mantz, Constantine
**Cc:** Frank Rodriguez; Teufel, Thomas; Dosoretz, Daniel; Brown, Alan
**Subject:** Re: Meeting Tomorrow

We were hoping that person could also do consults as Lehigh. Why don't we offer this deal and, if not, we can split between our two groups. We would help them financially be getting patients out faster and decreasing hospital costs. We would be better off paying and not have LMH pay and collect fees from billing.
William Harwin M.D.
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com


On Dec 12, 2011, at 12:29 PM, Mantz, Constantine wrote:

Much simpler, but if I were Lee I'd ask for some money and control over that person since I'd be paying for him. Otherwise, they'll come back later and complain that FCS is doing the same things as before but at Lee's expense, regardless of the truth. And, the other guys will be around vmc to offer a better deal.

Up to you guys, but I'd give them the deal they can't refuse.

**Confidential - Grand Jury Material - Produced Pursuant
to FRCrP 6(e)**

FCD-00035838

Connie


**Constantine Mantz MD** | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers, FL 33907
Tel: 239.931.7285 | Fax: 239.931.7380 | Cel: 239.671.8755
Email: cmantz@rtsx.com

---

**From:** WILLIAM HARWIN [wharwin@gmail.com]
**Sent:** Monday, December 12, 2011 12:16 PM
**To:** Mantz, Constantine
**Cc:** Frank Rodriguez; Teufel, Thomas; Dosoretz, Daniel; Brown, Alan
**Subject:** Re: Meeting Tomorrow

Could we just hire the doctor and the other two entities reimburse us? It would be simpler.
bill
William Harwin M.D.
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com


On Dec 12, 2011, at 12:14 PM, Mantz, Constantine wrote:

Discussed with Danny just now.  We're in for a third if you guys and LMH pick up the rest.  We can set up an entity to employ the med onc, pay him, and distribute his inpatient revenues as we discussed.  Part of the pitch also will be the comprehensive oncology consult we discussed - Sharon really likes that idea for her cancer program.

Connie



Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers, FL 33907
Tel: 239.931.7285 | Fax: 239.931.7380 | Cel: 239.671.8755
Email: cmantz@rtsx.com

From: Frank Rodriguez [frankrodriguezmd@gmail.com]
Sent: Monday, December 12, 2011 12:02 PM
To: Mantz, Constantine
Cc: bill harwin; Teufel, Thomas; Dosoretz, Daniel; Brown, Alan
Subject: Re: Meeting Tomorrow

We are going to pitch the oncology hospitalist idea.  Can we count on 21C to partner equally w/ us on this through a third entity?

FR


On 12/12/11, Mantz, Constantine <cmantz@rtsx.com> wrote:
Still getting commitments. Danny's daughter was in delivery before I left town last week, so I don't know if he'll be there.

**Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)**

FCD-00035839

Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers FL 33907
office: 239.931.7285 | cell: 239.671.8755 | email: cmantz@rtsx.com

On Dec 12, 2011, at 9:53 AM, "Frank Rodriguez" <frankrodriguezmd@gmail.com> wrote:

ok Connie.  who else is going from 21C?
FR
On 12/12/11, Mantz, Constantine <cmantz@rtsx.com> wrote:
Guys,

I'm OOT tomorrow AM, but I don't want to change the meeting time again if
OK
with you. I told Sharon that I'd call in.

Connie

Constantine Mantz MD | Chief Medical Officer | 21st Century Oncology
2270 Colonial Boulevard | Fort Myers FL 33907
office: 239.931.7285 | cell: 239.671.8755 | email: cmantz@rtsx.com

Confidentiality Statement:

This email and any files transmitted with it may contain confidential
and/or
privileged
material and is intended only for the person or entity to which it is
addressed.
Any review, retransmission, dissemination or other use of, or taking of
any
action in
reliance upon, this information by persons or entities other than the
intended recipient
is prohibited. If you have received this email in error, please notify
the
sender
immediately and delete this material from all known records.

Thank you


--
Frank Rodriguez


--
Frank Rodriguez

**Confidential - Grand Jury Material - Produced Pursuant
to FRCrP 6(e)**

FCD-00035840