| | |
|---|---|
| **From:** | Dosoretz, Daniel <ddosoretz@rtsx.com> |
| **Sent:** | Sunday, January 08, 2012 04:06 PM |
| **To:** | Nakfoor, Bruce |
| **Subject:** | Re: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE |

We cannot afford to keep talking!!
He is going to come up with a theory that protects him, as he has less to lose as he is one who has reputation!! And always a solution at our expense, which by the way, mike and dre do not want to pay!
However the simple people who go to hma hospitals will go to siu's oncologists and we will lose pts!!
We need the breast surgeon there yesterday!!!
We cannot afford to lose the war because fcs internal issues
Harwin does not care because it does not affect his pocket
Meet with hanus and cross and come up with a plan they buy into!! You are the senior guy there, and they respect you.
We need to move!! By the time we get something done we will lose 20 percent of our market
Not good!!
Dd

**From**: Nakfoor, Bruce
**To**: Dosoretz, Daniel
**Sent**: Sun Jan 08 15:57:08 2012
**Subject**: Re: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE
He's coming over later today to talk

Bruce Nakfoor

On Jan 8, 2012, at 3:30 PM, "Dosoretz, Daniel" <ddosoretz@rtsx.com> wrote:

> Bruce: tell rubin we are hiring med oncs to cover hospital
> Dd
>
>
> **From**: Cross, Chaundre K.
> **To**: Dosoretz, Daniel
> **Cc**: Nakfoor, Bruce; Hanus, Micheal
> **Sent**: Sun Jan 08 14:59:09 2012
> **Subject**: Re: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE
> Don't know what to do... When our friends don't since the urgency!!!
>
> Sent from my iPhone
>
> On Jan 8, 2012, at 1:31 PM, "Dosoretz, Daniel" <ddosoretz@rtsx.com> wrote:
>
>> We are losing ground very rapidly!!!
>> Bill never answered my email from yesterday!
>> Tough situation
>> Dd
>>
>>
>> **From**: Garcia, Joseph M.
>> **To**: Pusta, Gheorghe
>> **Cc**: Dosoretz, Daniel; Schumann, Michele; Guild, Debra

1

FOIA CONFIDENTIAL TREATMENT REQUESTED                                    21C-DOJ-000002825

**Sent**: Sun Jan 08 11:54:12 2012
**Subject**: Re: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE

Gheorghe, I will be there! Deb please schedule with GP.

Joseph M. Garcia

Chief Operating Officer
RTSI - 21st Century Oncology
2270 Colonial Blvd. l Ft. Myers, FL 33907

305-632-7877 mobile

joseph.garcia@rtsx.com


On Jan 8, 2012, at 11:04 AM, "Pusta, Gheorghe" <gpusta@rtsx.com> wrote:

> Danny and Joseph,
>
> We met with Liberman Friday and he is concerned that 21C is being seen as "guilty by association" with FCS, since FCS basically ignored PRMC until now.  This despite Liberman, Ornstein, and Balandra serving the hospital well.  Meanwhile, SIU helped bring PRMC med oncs…
>
> We talked about meeting with the CEO to show how much we'd like to work with them just as we've done in Key West, Lehigh, and other HMA areas.
>
> Can we count on one or both of you to come with us to a meeting with the CEO to show full 21C support?  Hopefully we can be a part of their breast strategy before it's too late.
>
> Gheorghe

FOIA CONFIDENTIAL TREATMENT REQUESTED                                          21C-DOJ-000002826

**From:** Dosoretz, Daniel
**Sent:** Saturday, January 07, 2012 2:10 PM
**To:** Nakfoor, Bruce; Hanus, Micheal; Cross, Chaundre K.
**Cc:** Garcia, Joseph M.; Schumann, Michele; Pusta, Gheorghe
**Subject:** Fw: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE

---

**From**: Dosoretz, Daniel
**To**: 'bharwin@gmail.com'
**Cc**: 'ddosoretz@yahoo.com'
**Sent**: Sat Jan 07 14:05:50 2012
**Subject**: Fw: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE

Bill: we need to move on and do something!
You do not want me to hire anyone, so you need to do something! I am willing to help in any legal and compliant way! But let them have the market is not a winning strategy!
Time for you and me to get involved directly. If we do not do something soon they will "invade" lee too, grow to 4 med oncs and compete for contracts.
Need action yesterday! No talk, action
Dd

---

**From**: Schumann, Michele
**To**: Cross, Chaundre K.; Dosoretz, Daniel
**Cc**: Nakfoor, Bruce; Pusta, Gheorghe; Mantz, Constantine
**Sent**: Sat Jan 07 13:37:27 2012
**Subject**: RE: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE

Yes – had a conversation with Mark Liberman yesterday. PRMC extremely happy to have new med oncs and heavily promoting them to their physicians.

M

---

**From:** Cross, Chaundre K.
**Sent:** Friday, January 06, 2012 4:57 PM
**To:** Schumann, Michele; Dosoretz, Daniel
**Subject:** Fwd: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE

Sent from my iPhone

3

FOIA CONFIDENTIAL TREATMENT REQUESTED                              21C-DOJ-000002827

Begin forwarded message:

**From:** "Cera, Susan M.D." <Susan.Cera@hma.com>
**Date:** January 6, 2012 4:41:41 PM EST
**To:** "(814 & 819)All PRHS Physicians" <819PMCPhysicians@hma.com>
**Subject: HEMATOLOGY/ONCOLOGY INPATIENT SERVICE**

SENT ON BEHALF OF DR DALAO AND CERA

We are pleased to announce that we now have an hematology\oncology inpatient service for the Physicians Regional Healthcare System. There is a call schedule comprised of 2 physicians. If you need a hematology or medical oncology consult, please just write an order:


"Consult hematology/oncology"


The two physicians are:

Dr Jay Wang

Premiere Oncology

email: cancerdoctor@gmail.com

cell: 239-595-5190


Dr Nuruddin Jooma

Premiere Oncology

cell: 727-403-6630


Thanks

Mouhannad and Sue

4

FOIA CONFIDENTIAL TREATMENT REQUESTED

21C-DOJ-000002828