| | |
|---|---|
| From: | William Harwin <wharwin@gmail.com> |
| Sent: | Monday, April 15, 2013 09:02 PM |
| To: | Dosoretz Danny |
| Cc: | Rubin Mark |
| Subject: | Fwd: Premiere Radiation Oncology/21C Merger |

What does this mean related to their med oncs. Our docs don't want them. Make then disappear.
Bill

William Harwin MD
President and Managing Partner
Florida Cancer Specialists
www.flcancer.com.        Sent from my iPhone

Begin forwarded message:

> **From:** Drmsrubin <drmsrubin@yahoo.com>
> **Date:** April 15, 2013, 8:04:58 PM EDT
> **To:** Collier Partners <colliercountypartners@flcancer.com>
> **Cc:** wharwin@gmail.com
> **Subject: Fwd: Premiere Radiation Oncology/21C Merger**
>
> FYI
> Please read before meeting tonight
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Jay Wang <cancerdoctor@gmail.com>
>> **Date:** April 15, 2013, 5:53:56 PM EDT
>> **To:** Mark Rubin <drmsrubin@yahoo.com>, Doug Heldreth <ddheldreth@gmail.com>
>> **Subject: Fwd: Premiere Radiation Oncology/21C Merger**
>>
>>
>> ---------- Forwarded message ----------
>> From: **Jay Wang, MD** <JayWang@premiereonc.com>
>> Date: Mon, Apr 15, 2013 at 5:39 PM
>> Subject: Fwd: Premiere Radiation Oncology/21C Merger
>> To: "Jay Wang, MD" <cancerdoctor@gmail.com>
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:

1

**From:** "William M. Figlesthaler, MD"
<WFiglesthaler@specialistsinurology.com>
**Date:** April 16, 2013, 2:05:42 AM GMT+08:00
**To:** 000-All_Staff <000-All_Staff@specialistsinurology.com>
**Subject: Premiere Radiation Oncology/21C Merger**

To All SIU and Premiere Staff:

As many of you know, health care as we know it in a huge transition phase now that Obama Care has become law. The survival and success of medical groups depends upon integration of the specialties and primary care providers. It is for this reason and in the best interest of our patients, staff and physicians that we have made the decision to merge our practice with 21st Century. After several meetings with Dr. Daniel Doseretz, CEO of 21st Century, we are moving forward with this transition. With the integration of the two groups, we will be able to offer all patients in the community the best of what both programs have to offer and will be better positioned for the changes that Obama Care mandates.

There will be more details to come, but here are the current take home points:

1. 21st Century will have a controlling interest in Premiere Oncology's radiation program with a target date of mid-May 2013 (next month).

2. The therapists and staff members of the radiation oncology centers will continue to work as they are now, but will become employees of 21st Century.

3. Specialists in Urology, and Premiere Oncology will be members of the 21st Century umbrella (same tax ID number).

4. Very little change will be seen for:

      a. The urology group

      b. The medical oncology group

      c. The pathology laboratory

      d. The surgery centers

FOIA CONFIDENTIAL TREATMENT REQUESTED      21C-DOJ-000001506

These entities will be under 21st Century's tax ID number, but will remain under the SIU partners' control.

5. Specialists in Urology Surgery Centers will not be members of 21st Century.

6. We will do our best to preserve all jobs and positions within the organization.

We decided it would be best to send an email to all of you with exactly what is going on to prevent any false rumors. This will be a positive change and we expect a smooth and efficient transition.

On behalf of the partners and physicians, I look forward to our continued working together as a family and a team.

Video Message: http://youtu.be/pp4rxjMNP-U (Allen's Note: A PC with speakers will be required to view this video. This video cannot be viewed in Citrix. To view on a PC, copy this link from Outlook in to the web browser on the PC.)

Sincerely,

Dr. F

**William Figlesthaler, MD FACS**
Managing Partner
**Specialists In Urology & Premiere Oncology**
239/325-1440 Office
239/325-2284 Fax

239/777-0639 Cell
E-Mail: WFiglesthaler@SpecialistsinUrology.com
955 10th Avenue North
Naples, FL 34102

FOIA CONFIDENTIAL TREATMENT REQUESTED        21C-DOJ-000001507

--
Jay Wang, MD
Board Certified in Hematology & Medical Oncology

Premiere Oncology
955 Tenth Avenue North
Naples, FL 34102
http://www.premiereonc.com/
Office: 239-325-1440
FAX: 239-325-2283