**Date:** 4/17/2013 5:37:10 PM
**Folder:** Sent
**Party:** To: +12399407070 Danny Dosoretz
**Status:** Sent

Just let the med oncs out and they can fend for themselves

Confidential – Grand Jury Material – Produced Pursuant to FRCrP 6(e)　　　　FCD-00305335