

# Humana and CarePlus Overview

Presented By:

William N. Harwin, MD
Managing Partner and President

Bradley A. Prechtl, MBA
Chief Executive Officer

© Florida Cancer Specialists, All Rights Reserved

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)                    FCD-00066220

# Who We Are

- Largest privately owned oncology and hematology practice in United States
- 81 offices (including Pathology)
- 172 physicians
- 101 nurse practitioners and physician assistants
- 1,787 employees

© Florida Cancer Specialists, All Rights Reserved



Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)        FCD-00066221

# Florida Cancer Specialists Service Locations

**Geographic spread:**

- Gulf Coast: Tallahassee, Tampa, and Naples

- Central Florida: Gainesville, Sebring, Orlando, and surrounding cities

- East Coast: Palm Beach and Daytona areas



© Florida Cancer Specialists, All Rights Reserved



Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)                                         FCD-00066222

# Major Advantages to FCS

## Comprehensive Cancer Services

- Clinical laboratory
- Hematopathology
- Histology
- Anatomical pathology
- Pharmacy for oral chemotherapy (Rx to Go)
- Radiology (12 fixed PET/CT scanners and 3 mobile units)
- Radiation therapy (seven sites)
- Gynecologic Oncology
- Interventional Radiology



© Florida Cancer Specialists, All Rights Reserved

# Humana and CarePlus Termination

- Without cause termination notice received on September 10, 2013
- FCS has served Humana members for over 30 years
- Approximately 5% of total business
- FCS is contracted with every other major insurance provider including, but not limited to: Florida Blue, Cigna, Aetna, and United Healthcare.

© Florida Cancer Specialists, All Rights Reserved

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)    FCD-00066224

# Patient Impact

- Over 12,000 Humana patients received oncology and hematology treatment from FCS in 2013

- Humana's decision will cause unnecessary stress to patients who are already experiencing sudden turmoil:
  - 3,600 new Humana patients seen in 2013
  - In SW Florida (Naples/Ft. Myers), FCS is the ONLY community medical oncologists within 100 mile radius
  - Often, oncology treatments require patients to be infused with chemotherapy multiple times a week

- Humana's decision unreasonably limits patient access to oncology treatment for not only Humana subscribers, but also other Medicare, Medicaid, and non-Humana patients, by flooding local geographic market with approximately 12,000 additional oncology patients

© Florida Cancer Specialists, All Rights Reserved



# FCS in Lee and Collier Counties



★ **15** Lee County FCS Doctors
*100% of Medical Oncologist/Hematologists*

★ **8** Collier County FCS Doctors
*100% of Medical Oncologist/Hematologists*

© Florida Cancer Specialists, All Rights Reserved



Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

# Causation

- Humana has refused to provide FCS with explanation of cause of termination

  Humana simply states that cause of termination is "due to the existence of a change in Humana's business needs and conflicting views relevant to Humana's policy and procedures between the parties". Pursuant to CFR §422.202(d)(1), Humana is required
  to state the reasons(s) for the decision to terminate the agreement.

- Per FCS' request, Humana held administrative review of termination on December 9, 2013

  During review, hearing panel participant Dr. William C. Early, MD noted that FCS did not "provide documentation to adequately explain the higher cost efficiency index". FCS was unaware that cost efficiency was an issue, as Humana failed to note this in termination letter or any correspondence thereafter. The decision suggests that Humana provided documentation to the Hearing Panel that was not shared with FCS

© Florida Cancer Specialists, All Rights Reserved

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)    FCD-00066227

# Next Steps

- Continuity of Care authorizations for patients undergoing treatment
- Diligent communication to patients regarding their insurance options
- Fielding conflicting messages received from Humana representatives
- Attempt to schedule meetings with Humana executives to resolve

© Florida Cancer Specialists, All Rights Reserved



Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)    FCD-00066228



# Appendices



© Florida Cancer Specialists, All Rights Reserved

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)
FCD-00066229

Humana Inc.
3501 Southwest 160th Avenue
Miramar, FL 33027
www.humana.com

September 10th, 2013



HUMANA.
Guidance when you need it most

William Harwin, M.D., President
Florida Cancer Specialists
4371 Veronica S. Shoemaker Blvd
Fort Myers, FL 33916

RE:   Termination of Agreements

Dear Dr. Harwin:

This letter serves as a one hundred eighty (180) days' without cause notice of termination for each of the following Agreements with Florida Cancer Specialists (FCS):

- Commercial HMO Fee-For-Service (FFS) Medical Group Participation Agreement between Humana Medical Plan, Inc. and its Affiliates and Florida Cancer Specialists dated June 15, 2006. This Agreement is terminated pursuant to Section 6.2, as amended on September 15, 2011;

- Preferred Provider Organization (PPO) Medical Group Participation Agreement between Humana Insurance Company, Humana Health Insurance Company of Florida, Inc. and their Affiliates and Florida Cancer Specialists dated January 1, 2006. This Agreement is terminated pursuant to Section 6.2, as amended on September 11, 2011;

- Physician Participation Agreement between Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., Humana Medical Plan, Inc. and their affiliates and Florida Cancer Specialists dated December 1, 2009. This Agreement is terminated pursuant to Section 6.2.

- Group Participation Agreement between Health Value Management, Inc. d/b/a ChoiceCare Network and Florida Cancer Specialists dated January 1, 2006. This Agreement is terminated pursuant to Section 5.2.

The reason for the terminations is due to the existence of a change in Humana's business needs and conflicting views relevant to Humana's policy and procedures between the parties. These terminations are effective as of March 15th, 2014.

In accordance with Medicare regulations at 42 C.F.R. §422.202, physicians have the right to a review of this decision with respect to the Medicare Advantage lines of business by a Physician Review Panel. You must submit your written request for this panel review within thirty (30) calendar days of the date of this notice or your rights to this review will be waived. If you make this request, it must be addressed to the undersigned and must be sent by either registered or certified mail. The request should include any written information you wish the Physician Review Panel to consider as a part of its review.

September 4, 2013
William Harwin, M.D., President
Florida Cancer Specialists
Page 2

If you choose to request a review, the Physician Review Panel will consider only the written information you and Humana or ChoiceCare submit. The review will be held prior to the effective date of this termination. The Physician Review Panel shall present a written decision to the Vice President, of National Contracting at the conclusion of the review. You will receive a letter with the Physician Review Panel's decision by certified of registered mail. If you believe that the reason(s) for termination stated above are erroneous or if you have additional information, please contact Humana or ChoiceCare immediately and forward any such documentation within thirty (30) calendar days of receipt of this letter.

Humana is committed to ensuring that no member care is disrupted as a result of this termination and will work closely with FCS during this process.

Should you have any questions please feel free to contact Jim Keough, Director of Network Development for Central Florida, at 813-281-6081.

Sincerely,

Randee Lehrer
Vice President
National Contracting, Florida


cc:   Florida Cancer Specialists
      12501 World Plaza II, Bldg. 51
      Fort Myers, FL 33907

      U.S. Department of Health & Human Services
      Office of Inspector General
      330 Independence Avenue, SW
      Washington, DC 20201

      Agency for Health Care Administration
      2727 Mahan Drive
      Tallahassee, FL 32308

      Florida Office of Insurance Regulation
      200 East Gaines Street
      Tallahassee, FL 32399-0305



## Humana Request for Continuity of Care Form

Certain medical conditions may qualify you to continue receiving treatment from your physician or hospital and to be covered by Humana at the same in-network level of benefits for a specific period of time. This form is provided as a service to you to assist you in your request for continuity of care. Complete and submit this form within 21 days to initiate a review of your medical condition to determine if you qualify for Continuity of Care.

Examples of situations that might involve continuity of care include (please check any that may apply to you or a family member):

\_\_\_ Home healthcare services you are currently receiving
\_\_\_ Durable medical equipment that you are currently using
\_\_\_ Ongoing active medical treatment, such as chemotherapy, dialysis, hospitalization, etc
\_\_\_ Pregnancy

Any of the following chronic medical conditions:

\_\_\_ Diabetes                   \_\_\_ Lupus
\_\_\_ Multiple Sclerosis         \_\_\_ Myasthenia Gravis
\_\_\_ Cystic Fibrosis            \_\_\_ Hemophilia
\_\_\_ Cancer                     \_\_\_ Dermatomyositis
\_\_\_ Congestive Heart Failure   \_\_\_ Asthma
\_\_\_ Coronary Artery Disease    \_\_\_ Amyotrophic Lateral Sclerosis (ALS)
\_\_\_ Kidney Disease             \_\_\_ Other - Explain:_____
\_\_\_ Chronic Inflammatory Demyelinating Polyradiculoneurophathy (CIPD)

| Member Information | (First) | (Middle I.) | (Last) |
|---|---|---|---|
| Member ID# | | | |
| Patient Name: | | | |
| Subscriber Name: | | | |
| Address: | | | |
| City: | State: | | Zip: |
| Home Phone: (     ) | | Work Phone: (     ) | |
| Birthdate (MM/DD/YY): | | | |
| Type of Plan (Check one): ☐HMO | ☐PPO | ☐POS | |
| Physician or hospital that you are requesting continuity of care from: | | | |
| Name: | Phone Number | | |
| Beginning date for requested continuity of care: | | | |

Upon completion, please mail form to the following:          Or fax this form to the

San Antonio Team Humana Inc.                    1-800-266-3022
P.O. Box 400029 San Antonio, Texas 78229

GH21085RRd                                       ME0526

Humana.com

InSystem



San Antonio Team Humana Inc.  
P.O. Box 400029  San Antonio, Texas  78229  
GH21085RRd_RS

1-800-266-3022

ME0526

Humana.com

InSystem

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

**Humana.**
Humana
P.O. Box 14168
Lexington, KY 40512-4168



September 17, 2013



## There's been a recent change in your Provider Network

Dear ▓▓▓▓▓:

Thank you for choosing a Humana plan. We're sending this letter to let you know about a change in your plan's provider network.

Effective 03/15/2014, Florida Cancer Specialists will no longer participate in your Humana Medicare PPO plan network.

If you're currently receiving treatment from Florida Cancer Specialists and would like help in selecting a new provider, please call Humana Customer Care at the number on the back of your ID card. We can help you find a new provider. You can also visit Humana.com for a list of providers in your area.

You may qualify to continue receiving the "in-network" level of benefits with your current provider during a specific transition period. If you think you qualify for a transition period, please fill out and return the enclosed form. We'll review the information and authorize a transition period if medically necessary.

Some medical conditions may qualify you to continue receiving the "in-network" level of benefits from your current provider for a limited time. If you think you qualify for a transition period, please fill out and return the enclosed form. We'll review your information and authorize an "in-network" level of benefits if medically necessary.

GNHHDEAESa

Humana.com

InSystem

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

FCD-00066234

# Appendices – FCS Communication Vehicles

## FCS Town Hall Meeting

**ATTENTION: PATIENTS INSURED BY HUMANA / CAREPLUS**

Please attend one of these meetings to discuss information about the recent Humana Insurance termination announcement. Meetings begin at 6:00 pm.

| Brandon Office | Tampa Cancer Center | North Tampa Office |
|---|---|---|
| October 22, 2013 | October 28, 2013 | October 30, 2013 |
| 425 South Parsons Ave. | 3402 W Dr. MLK Jr. Blvd | 3000 Medical Park Dr. |
| Suite 101 | Adjacent to One Buc Place | Suite 530 |
| Brandon, FL 33511 | Tampa, FL 33607 | Tampa, FL 33613 |

© Florida Cancer Specialists, All Rights Reserved



Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)                    FCD-00066235



October 10, 2013

RE: Florida Cancer Specialists and Humana Contract Update

Dear Patient:

Without explanation, Humana Health Plans, Inc. has decided to terminate its relationship with Florida Cancer Specialists & Research Institute (FCS). If a new agreement cannot be reached, FCS will no longer be participating with Humana effective **March 15, 2014**. This affects all Humana plans, including CarePlus Health Plans, Inc. Until this date, we will continue to provide compassionate and innovative care to YOU – our patient.

- For **Humana Commercial HMO patients (after March 15, 2014)**: If currently in an active course of treatment, we will continue to treat you as required by Florida law for up to six (6) months after the Humana agreement ends or when treatment concludes (whichever comes first). Additionally, Florida law requires that Humana must continue to pay in network for medical services if you are actively receiving treatment.

- For **Humana Commercial PPO patients (after March 15, 2014)**: Humana will classify FCS as an out-of-network provider after March 15, 2014. You will need to contact your employer's HR department for alternative options. We are committed to making this transition as easy as possible for you.

- For **Humana and CarePlus Medicare patients (after March 15, 2014)**: If you wish to continue treatment with FCS, you have the option to change your Medicare insurance provider. Medicare patients who want to change plans can elect to do so during **open enrollment (October 15, 2013 through December 7, 2013)** by going online to Medicare.gov.

- For **Humana Medicare HMO patients, Palm Beach county ONLY (after September 30, 2013)**: As of this date, FCS became an out-of-network provider. If you wish to have treatment with FCS, you can elect to change your Medicare provider during **open enrollment (October 15 through December 7, 2013)** by going online to Medicare.gov.

FCS accepts multiple insurance plans, including, but not limited to the following major Medicare and Commercial plans: **United Healthcare, Florida Blue, Aetna and Cigna.** A complete list of plans is available from a Financial Counselor at any FCS office.

**You are NOT required to change your hematologist, oncologist or radiation oncologist until after March 15, 2014.** If your treatment will continue after this date, please contact your Florida Cancer Specialists' Financial Counselor to determine your out-of-network options or to receive a Continuity of Care request form, which will assist us in facilitating your transition.

**We encourage you to contact Humana to voice any concerns:**

| | |
|---|---|
| Humana Corporate Office | 1-800-486-2620 |
| Humana Individual & Family Insurance | 1-800-833-6917 |
| Humana Medicare Supplemental Insurance | 1-800-457-4708 |
| Humana Insurance through Employers | 1-800-448-6262 |

Sincerely,
Your Florida Cancer Specialists' Physician

*World Class Medicine. Hometown Care.*   FLCancer.com
**Corporate Headquarters** | 4371 Veronica S. Shoemaker Blvd. | Fort Myers, FL 33916
(855) 500-LIFE (5433) | (239) 274.8200 | Fax (239) 278.3224



October 10, 2013

RE: Florida Cancer Specialists and Humana Contract Update

Dear Referring Physician:

Without explanation, Humana Health Plans, Inc. has decided to terminate its relationship with Florida Cancer Specialists & Research Institute (FCS). If a new agreement cannot be reached, FCS will no longer be participating with Humana effective **March 15, 2014**. This affects all Humana plans, including CarePlus Health Plans, Inc. Until this date, we will continue to accept your Humana patients and provide them with the same high level of quality care that you have come to expect.

**You are NOT required to refer your patients to another hematologist, oncologist or radiation oncologist at this time. Florida Cancer Specialists will remain in network with Humana and CarePlus until March 15, 2014.**

- For **Humana Commercial HMO patients (after March 15, 2014)**: If currently in an active course of treatment, we will continue to treat your patients as required by Florida law for up to six (6) months after the Humana agreement ends or when treatment concludes (whichever comes first). Additionally, Florida law requires that Humana must continue to pay in network for medical services if patient is actively receiving treatment.

- For **Humana Commercial PPO patients (after March 15, 2014)**: Humana will classify FCS as an out-of-network provider after March 15, 2014. Your patient will need to contact their employer's HR department for alternative options. We are committed to making this transition as easy as possible for your patients.

- For **Humana and CarePlus Medicare patients (after March 15, 2014)**: If your patient wishes to continue care and treatment with FCS, he/she has the option to change his/her Medicare insurance provider. Medicare patients who want to change plans may elect to do so during **open enrollment (October 15, 2013 through December 7, 2013)** online at Medicare.gov.

- For **Humana Medicare HMO patients, Palm Beach County ONLY (after September 30, 2013)**: As of this date, FCS became an out-of-network provider. If your patients wish to have treatment with FCS, they may elect to change their Medicare provider during **open enrollment (October 15 through December 7, 2013)** online at Medicare.gov.

FCS accepts multiple insurance plans, including, but not limited to the following major Medicare and Commercial plans: **United Healthcare, Florida Blue, Aetna and Cigna.** A complete list of plans is available from a Financial Counselor at any FCS office.

Florida Cancer Specialists is committed to providing compassionate, state-of-the-art, comprehensive care to your patients, including radiology, laboratory, and pathology services.

Thank you for your confidence in us as we continue to care for your patients.


Sincerely,
Florida Cancer Specialists


*World Class Medicine. Hometown Care.*   FLCancer.com
Corporate Headquarters | 4371 Veronica S. Shoemaker Blvd. | Fort Myers, FL 33916
(855) 500-LIFE (5433) | (239) 274.8200 | Fax (239) 278.3224