| | |
|---|---|
| From: | Constantine.Mantz@21co.com |
| Sent: | Thursday, December 04, 2014 12:40 PM |
| To: | Daniel.Dosoretz@21co.com; Alan.Brown@21co.com; Constantine.Mantz@21co.com; Amy.Fox@21co.com; Keith.Miller@21co.com; James.Rubenstein@21co.com; Michael.Katin@21co.com; Bruce.Nakfoor@21co.com; Chaundre.Cross@21co.com; Micheal.Hanus@21co.com |
| Subject: | Re: Google Alert - Radiation oncology |

For sure, they will come with XRT here, too. Bill won't do anything about solving FCS' problems for various reasons and will eventually leave. The other guys are hopeless as problem solvers. Unfortunately, I think we need to help them if we want to help ourselves.

**From:** "Dosoretz, Daniel" <Daniel.Dosoretz@21co.com>
**Date:** Thu, 4 Dec 2014 12:11:22 -0500
**To:** "Brown, Alan" <Alan.Brown@21co.com>, "Mantz, Constantine" <Constantine.Mantz@21co.com>, "Fox, Amy D." <Amy.Fox@21co.com>, "Miller, Kristin" <Kristin.Miller@21co.com>, "Rubenstein, James" <James.Rubenstein@21co.com>, "Katin, Michael" <Michael.Katin@21co.com>, "Nakfoor, Bruce" <Bruce.Nakfoor@21co.com>, "Cross, Chaundre K." <Chaundre.Cross@21co.com>, "Hanus, Micheal" <Micheal.Hanus@21co.com>
**Subject:** FW: Google Alert - Radiation oncology

See below
This is the group that is competing with harwin.
See the listing of locations , which includes naples and ft myers
Thanks to fcs arrogance this is happening to us.
They are buying RT machines and eventually will compete with us.
Thanks to Bill and coworkers, no matter what their excuse is.
We got rid of their competition from siu, gave them the med onc and now this.....
Tell rodriguez , rubin and company. .....
I am mad
dd


Daniel Dosoretz
CEO
21st Century Oncology, Inc.
2270 Colonial Blvd
Fort Myers FL 33907
(239)745-5008 Main
(239)940-7070 Mobile
(239)489-3219 Fax
Daniel.Dosoretz@21co.com
www.21stCenturyOncology.com

**From:** Google Alerts <googlealerts-noreply@google.com>
**Date:** Thursday, December 4, 2014 10:56 AM
**To:** "Dosoretz, Daniel" <Daniel.Dosoretz@21co.com>
**Subject:** Google Alert - Radiation oncology

1

FOIA CONFIDENTIAL TREATMENT REQUESTED　　　　　　　21C-DOJ-000001728



# Radiation oncology
As-it-happens update · December 4, 2014

NEWS

### Florida Cancer Affiliates Acquires Elekta's Infinity With Agility **Radiation** System
Rock Hill Herald (press release)
TRINITY, Fla. — Florida Cancer Affiliates (FCA), a community-based **radiation oncology**, medical oncology, hematology, and urology practice affiliated ...

    Flag as irrelevant

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe

Receive this alert as RSS feed

Send Feedback

2

FOIA CONFIDENTIAL TREATMENT REQUESTED

21C-DOJ-000001729