## DETAIL PR REGISTER MTD/QTD/YTD (EARNINGS by Date Range - Monthly, Quarterly and Yearly)

MTD hours and wages for December 2013 through 12/20/13

QTD hours and wages for quarter 4

| Employee Name | Employee Number | Earnings Code | MTD Hours | MTD Wages | QTD Hours | QTD Wages | YTD Hours | YTD Wages |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **[redacted]** | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Harwin, William N. | 009013 | DTDF | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $23,000.00 |
| | | GPP | 0.00 | $25,000.00 | 0.00 | $75,000.00 | 0.00 | $300,000.00 |
| | | MPECF | 0.00 | $91,966.66 | 0.00 | $275,899.98 | 0.00 | $1,103,599.92 |
| | | QTRDS | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $2,989,973.00 |
| | | QTREX | 0.00 | $0.00 | 0.00 | $6,171.66 | 0.00 | $40,459.92 |
| **Harwin, William N.** | | | **0** | **116,966.66** | **0** | **357,071.64** | **0** | **4,457,032.84** |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **[redacted]** | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **[redacted]** | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **[redacted]** | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **[redacted]** | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

FCD-00613093

# DETAIL PR REGISTER ,MTD/QTD/YD (EARNINGS by Date Range - Monthly, Quarterly and Yearly WITH EE INFORMATION PAGES

MTD hours and wages for December 2014 through 12/10/14
QTD hours and wages for quarter 4
Monthly

| Employee Name | Employee Number | Job | Earnings Code | MTD Hours | MTD Wages | QTD Hours | QTD Wages | YTD Hours | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Harwin, William N. | 009013 | MD Partner-HEM | DTDF | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| | | MD Partner-HEM | QTRDS | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $2,582,913.00 |
| | | MD Partner-HEM | QTREX | 0.00 | $0.00 | 0.00 | $11,928.64 | 0.00 | $40,011.64 |
| | | MD Partner-HEM | GPP | 0.00 | $25,000.00 | 0.00 | $75,000.00 | 0.00 | $300,000.00 |
| | | MD Partner-HEM | MPECF | 0.00 | $100,000.00 | 0.00 | $300,000.00 | 0.00 | $1,200,000.00 |
| Harwin, William N. | | | | 0 | 125,000 | 0 | 386,928.64 | 0 | 4,122,924.64 |

# DETAIL PR REGISTER MTD/QTD/YTD No EE Info Pages (EARNINGS by Date Range - Monthly, Quarterly and Yearly)

MTD hours and wages for December 2015 through 12/18/15
QTD hours and wages for quarter 4
Monthly

| Employee Name | Employee Number | Job | Earnings Code | MTD Hours | MTD Wages | QTD Hours | QTD Wages | YTD Hours | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Harwin, William N. | 009013 | MD Partner-HEM | DTDF | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| | | MD Partner-HEM | QTRDS | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $3,275,176.00 |
| | | MD Partner-HEM | QTREX | 0.00 | $0.00 | 0.00 | $8,411.99 | 0.00 | $39,611.14 |
| | | MD Partner-HEM | RCABD | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $55,722.00 |
| | | MD Partner-HEM | MPECF | 0.00 | $108,333.33 | 0.00 | $324,999.99 | 0.00 | $1,299,999.96 |
| | | MD Partner-HEM | GPP | 0.00 | $25,000.00 | 0.00 | $75,000.00 | 0.00 | $300,000.00 |
| **Harwin, William N.** | | | | **0** | **133,333.33** | **0** | **408,411.98** | **0** | **4,970,509.1** |

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)    FCD-00613095

# DETAIL PR REGISTER MTD/QTD/YTD No EE Info Pages (EARNINGS by Date Range - Monthly, Quarterly and Yearly)

MTD hours and wages for December 2016 through 12/9/16
QTD hours and wages for quarter 4
Monthly

| Employee Name | Employee Number | Job | Earnings Code | MTD Hours | MTD Wages | QTD Hours | QTD Wages | YTD Hours | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Harwin, William N. | 009013 | MD Partner-HEM | DTDF | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| | | MD Partner-HEM | RCABD | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $18,574.00 |
| | | MD Partner-HEM | MPECF | 0.00 | $111,583.33 | 0.00 | $334,749.99 | 0.00 | $1,338,999.96 |
| | | MD Partner-HEM | QTREX | 0.00 | $0.00 | 0.00 | $8,661.96 | 0.00 | $51,958.74 |
| | | MD Partner-HEM | QTRDS | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $2,991,567.00 |
| | | MD Partner-HEM | GPP | 0.00 | $25,000.00 | 0.00 | $75,000.00 | 0.00 | $300,000.00 |
| **Harwin, William N.** | | | | **0.0000** | **$136,583.33** | **0.0000** | **$418,411.95** | **0.0000** | **$4,701,099.70** |

Confidential - Grand Jury Material - Produced Pursuant to FRCrP 6(e)

FCD-00613096