UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:20-cr-00115-VMC-KCD

WILLIAM N. HARWIN

### JOINT MOTION TO CONTINUE AND FOR A STATUS CONFERENCE

The Government and Defendant William Harwin respectfully move the Court to continue the trial in this matter currently set for the July 2023 trial term and for a status conference.

Both parties request a date certain for beginning trial. Based on the first trial, both parties estimate that a re-trial in this case will take between two and three weeks. Counsel for Dr. Harwin, David Markus, is unavailable the weeks of July 10 and 17 because of a previously-planned family vacation. Similarly, Mark Grundvig, counsel for the United States, is unavailable the weeks of July 17 and 24 because of a previously-planned family vacation out of the country. Mr. Markus is also unavailable the week of August 14 because of an estimated one-week trial in Miami. Both parties are available to begin trial August 28, 2023 or in the September 2023 trial term. The parties jointly request a date certain to begin trial to allow certainty in arranging attorney accommodations, all of whom are coming from out of the District, and to allow scheduling of witness travel and appearances, many of whom

need to obtain coverage for patients in their medical practices. The Defendant waives speedy trial through September 30, 2023.

    Both parties also request a status conference to discuss (1) setting a date certain for trial in accordance with the Court's availability and (2) the Court's position on other pending motions.

Respectfully submitted this 25th day of May, 2023.

| | |
|---|---|
| /s/ Mark C. Grundvig | /s/ Barry J. Pollack |
| Mark C. Grundvig | Barry J. Pollack (*specially admitted*) |
| (DC Bar No. 461580) | Addy R. Schmitt (*specially admitted*) |
| F. Patrick Hallagan | Harris St. Laurent & Wechsler LLP |
| (IL Bar No. 06269887) | 1775 Pennsylvania Ave., NW |
| Eun-Ha Kim | Suite 650 |
| (NY Bar No. 4589651) | Washington, D.C. 20006 |
| Aidan D. McCarthy | Telephone: (202) 617-5971 |
| (MD Bar No. 2012170240) | bpollack@hs-law.com |
| Trial Attorneys | |
| U.S. Department of Justice | David Oscar Markus (Fl. No. 119318) |
| Antitrust Division | Anita Margot Moss (Fl. No. |
| 450 Fifth Street NW | Markus/Moss, PLLC |
| Washington D.C. 20530 | 40 NW 3rd St |
| Tel: (202) 305-1878 | PH 1 |
| Mark.Grundvig@usdoj.gov | Miami, Florida 33128 |
| *Attorneys for the United States* | Telephone: (305) 379-6667 |
| | dmarkus@markuslaw.com |
| | *Attorneys for William Harwin* |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

/s/ Aidan D. McCarthy
Aidan D. McCarthy
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington D.C. 20530
Tel: (202) 549-6183
aidan.mccarthy@usdoj.gov
