UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:20-cr-00115-JLB-MRM

WILLIAM N. HARWIN

### UNITED STATES' NOTICE OF ATTORNEY WITHDRAWAL

The United States respectfully provides notice that Trial Attorney William J. Vigen, as counsel for the United States, is terminating his appearance as counsel of record in this matter. Other counsel for the United States noted on the docket at the time of this filing will remain counsel for the United States.

DATED: June 30, 2023                Respectfully submitted,

                                                            */s/ William J. Vigen*
                                                            WILLIAM J. VIGEN, DC Bar No. 997316
                                                            Trial Attorney
                                                            U.S. Department of Justice, Antitrust Division
                                                            Washington Criminal II Section
                                                            Tel: 202-304-6283
                                                            Fax: 202-514-9082
                                                            Email: william.vigen@usdoj.gov

                                                            *Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

*/s/ William J. Vigen*
WILLIAM J. VIGEN