UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                              Case No.: 2:20-cr-115-VMC-KCD

WILLIAM HARWIN

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Dr. William Harwin's unopposed Motion for Early Termination of Probation (Doc. # 376), filed on January 9, 2026. For the reasons that follow, the Motion is granted.

**Discussion**

On August 23, 2023, pursuant to a plea agreement, Dr. Harwin pled guilty to one count of violating the Sherman Antitrust Act. (Doc. # 364). On November 21, 2023, Dr. Harwin was sentenced to three years of probation, with conditions that he perform 250 hours of community service, pay a $50,000 fine, and pay a $100 special assessment. (Doc. # 369).

On December 6, 2024, Dr. Harwin filed his first unopposed motion for early termination of probation. (Doc. # 373). The Court denied that motion because, at the time, Dr. Harwin had "only served a little over one-third of his term of

1

probation." (Doc. # 374). On January 9, 2026, Dr. Harwin filed the instant Motion, again requesting early termination of probation. (Doc. # 376).

    Pursuant to 18 U.S.C. § 3564(c), the Court:

> after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).

    The record reflects that Dr. Harwin paid his fine and special assessment in full on November 21, 2023. (Doc. # 376-1). By May 2024, he had completed all his community service hours. (Doc. # 376-2). To date, Dr. Harwin has served more than two years of probation without any violations. (Doc. # 376 at 4). Notably, neither probation nor the government opposes his request for early termination. (Id. at 2).

    The Court finds that the section 3553(a) factors weigh in favor of early termination. Considering Dr. Harwin's good conduct on probation, his completion of the conditions, and

that probation and the government do not oppose the motion, the Court agrees that probation should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Dr. William Harwin's Motion for Early Termination of Probation (Doc. # 376) is **GRANTED**. Dr. Harwin is discharged from probation effective immediately.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of January, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE